# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br><br>MDG USA Inc., a Delaware corporation; and DOES 1-50, inclusive<br><br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>TYISHA DANZY, individually and on behalf of all others similarly situated | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)*<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Alameda<br><br>02/23/2022<br><br>Chad Finke, Executive Officer / Clerk of the Court<br><br>By: _____ C. Clark _____ Deputy |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Alameda County Superior Court<br>1225 Fallon Street<br>Oakland, CA 94612 | CASE NUMBER:<br>*(Número del Caso):*<br><br>22CV007409 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Zach P. Dostart; James T. Hannink; DOSTART HANNINK & COVENEY LLP; 4180 La Jolla Village Dr., Suite 530, La Jolla, CA 92037; (858) 623-4200

Chad Finke, Executive Officer / Clerk of the Court

| DATE: | 02/23/2022 | Clerk, by | C. Clark | , Deputy |
|---|---|---|---|---|
| *(Fecha)* | | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | **NOTICE TO THE PERSON SERVED:** You are served<br>1. ☐ as an individual defendant.<br>2. ☐ as the person sued under the fictitious name of *(specify):*<br><br>3. ☒ on behalf of *(specify):* MDG USA Inc., a Delaware corporation<br><br>under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)<br>☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)<br>☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)<br>☐ other *(specify):*<br>4. ☐ by personal delivery on *(date):* |
|---|---|

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| James T. Hannink (131747); Zach P. Dostart (255071)<br>DOSTART HANNINK & COVENEY LLP<br>4180 La Jolla Village Dr., Suite 530, La Jolla, CA 92037<br>TELEPHONE NO.: (858) 623-4200    FAX NO. *(Optional)*: (858) 623-4299<br>ATTORNEY FOR *(Name)*: Plaintiff Tyisha Danzy | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Alameda<br>**02/23/2022 at 12:32:51 PM**<br>By: Cheryl Clark, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland 94612
BRANCH NAME: Rene C. Davidson Courthouse

CASE NAME:
Tyisha Danzy v. MDG USA Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] **Unlimited**    [ ] **Limited**<br>(Amount      (Amount<br>demanded   demanded is<br>exceeds $25,000)  $25,000) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **22CV007409**<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property**<br>**Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse<br>condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [X] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [X] is  [ ] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [X] Large number of witnesses
   b. [X] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more
       issues that will be time-consuming to resolve        courts in other counties, states, or countries, or in a federal
   c. [X] Substantial amount of documentary evidence       court
                                 f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: 1) Unfair Competition
5. This case [X] is  [ ] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: February 22, 2022

Zach P. Dostart
*(TYPE OR PRINT NAME)*                                     *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

*Unified Rules of the Superior Court of California, County of Alameda*

F. ADDENDUM TO CIVIL CASE COVER SHEET

| Short Title: Tyisha Danzy v. MDG USA Inc. | Case Number: |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM

### THIS FORM IS REQUIRED IN ALL NEW <u>UNLIMITED</u> CIVIL CASE FILINGS IN THE
### SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

[ ] Hayward Hall of Justice (447)

[x] Oakland, Rene C. Davidson Alameda County Courthouse (446)          [ ] Pleasanton, Gale-Schenone Hall of Justice (448)

| Civil Case Cover Sheet Category | Civil Case Cover Sheet Case Type | Alameda County Case Type (check only one) | | |
|---|---|---|---|---|
| Auto Tort | Auto tort (22) | [ ] | 34 | Auto tort (G) |
| | | Is this an uninsured motorist case? [ ] yes [ ] no | | |
| Other PI /PD / WD Tort | Asbestos (04) | [ ] | 75 | Asbestos (D) |
| | Product liability (24) | [ ] | 89 | Product liability (<u>not</u> asbestos or toxic tort/environmental) (G) |
| | Medical malpractice (45) | [ ] | 97 | Medical malpractice (G) |
| | Other PI/PD/WD tort (23) | [ ] | 33 | Other PI/PD/WD tort (G) |
| Non - PI /PD / WD Tort | Bus / unfair bus. practice (07) | [X] | 79 | Bus tort / unfair bus. practice (G) |
| | Civil rights (08) | [ ] | 80 | Civil rights (G) |
| | Defamation (13) | [ ] | 84 | Defamation (G) |
| | Fraud (16) | [ ] | 24 | Fraud (G) |
| | Intellectual property (19) | [ ] | 87 | Intellectual property (G) |
| | Professional negligence (25) | [ ] | 59 | Professional negligence - non-medical (G) |
| | Other non-PI/PD/WD tort (35) | [ ] | 03 | Other non-PI/PD/WD tort (G) |
| Employment | Wrongful termination (36) | [ ] | 38 | Wrongful termination (G) |
| | Other employment (15) | [ ] | 85 | Other employment (G) |
| | | [ ] | 53 | Labor comm award confirmation |
| | | [ ] | 54 | Notice of appeal - L.C.A. |
| Contract | Breach contract / Wrnty (06) | [ ] | 04 | Breach contract / Wrnty (G) |
| | Collections (09) | [ ] | 81 | Collections (G) |
| | Insurance coverage (18) | [ ] | 86 | Ins. coverage - non-complex (G) |
| | Other contract (37) | [ ] | 98 | Other contract (G) |
| Real Property | Eminent domain / Inv Cdm (14) | [ ] | 18 | Eminent domain / Inv Cdm (G) |
| | Wrongful eviction (33) | [ ] | 17 | Wrongful eviction (G) |
| | Other real property (26) | [ ] | 36 | Other real property (G) |
| Unlawful Detainer | Commercial (31) | [ ] | 94 | Unlawful Detainer - commercial      Is the deft. in possession |
| | Residential (32) | [ ] | 47 | Unlawful Detainer - residential       of the property? |
| | Drugs (38) | [ ] | 21 | Unlawful detainer - drugs        [ ] Yes  [ ] No |
| Judicial Review | Asset forfeiture (05) | [ ] | 41 | Asset forfeiture |
| | Petition re: arbitration award (11) | [ ] | 62 | Pet. re: arbitration award |
| | Writ of Mandate (02) | [ ] | 49 | Writ of mandate |
| | | Is this a CEQA action (Publ.Res.Code section 21000 et seq) [ ] Yes [ ] No | | |
| | Other judicial review (39) | [ ] | 64 | Other judicial review |
| Provisionally Complex | Antitrust / Trade regulation (03) | [ ] | 77 | Antitrust / Trade regulation |
| | Construction defect (10) | [ ] | 82 | Construction defect |
| | Claims involving mass tort (40) | [ ] | 78 | Claims involving mass tort |
| | Securities litigation (28) | [ ] | 91 | Securities litigation |
| | Toxic tort / Environmental (30) | [ ] | 93 | Toxic tort / Environmental |
| | Ins covrg from cmplx case type (41) | [ ] | 95 | Ins covrg from complex case type |
| Enforcement of Judgment | Enforcement of judgment (20) | [ ] | 19 | Enforcement of judgment |
| | | [ ] | 08 | Confession of judgment |
| Misc Complaint | RICO (27) | [ ] | 90 | RICO (G) |
| | Partnership / Corp. governance (21) | [ ] | 88 | Partnership / Corp. governance (G) |
| | Other complaint (42) | [ ] | 68 | All other complaints (G) |
| Misc. Civil Petition | Other petition (43) | [ ] | 06 | Change of name |
| | | [ ] | 69 | Other petition |

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>02/23/2022<br>Clad Fing, Executive Officer / Clerk of the Court<br>By: _Cheryl Clark_ Deputy<br>C. Clark |
| PLAINTIFF:<br>Tyisha Danzy, individually and on behalf of all others similarly situa | |
| DEFENDANT:<br>MDG USA Inc., a Delaware corporation | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>22CV007409 |

TO THE PLAINTIFF(S)/ATTORNY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)).

Give notice of this conference to all other parties and file proof of service.

Your Case Management Conference has been scheduled on:

> Date: 06/23/2022    Time: 8:30 AM    Dept.: 23
>
> Location: Rene C. Davidson Courthouse
> Administration Building, 1221 Oak Street, Oakland, CA 94612

TO DEFENDANT(S)/ATTORNEY(S) FOR DEFENDANT(S) OF RECORD:

The setting of the Case Management Conference does not exempt the defendant from filing a responsive pleading as required by law, you must respond as stated on the summons.

TO ALL PARTIES who have appeared before the date of the conference must:

Pursuant to California Rules of Court, 3.725, a completed Case Management Statement (Judicial Council form CM-110) must be filed and served at least 15 calendar days before the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record.

**Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724.

**Post jury fees** as required by Code of Civil Procedure section 631.

If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

The judge may place a Tentative Case Management Order in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the court's eCourt Public Portal for each assigned department's procedures regarding tentative case management orders at https://eportal.alameda.courts.ca.gov.

**NOTICE OF
CASE MANAGEMENT CONFERENCE**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>02/23/2022<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: *Cheryl Clark* Deputy<br>C. Clark |
| PLAINTIFF/PETITIONER:<br>Tyisha Danzy, individually and on behalf of all others similarly situated, | |
| DEFENDANT/RESPONDENT:<br>MDG USA Inc., a Delaware corporation | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>22CV007409 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Chad Finke, Executive Officer / Clerk of the Court

Dated: 02/23/2022                    By:

Chad Finke, Executive Officer/Clerk of the Court
*Cheryl Clark*

C. Clark, Deputy Clerk

**CERTIFICATE OF MAILING**

1  JAMES T. HANNINK (131747)
   jhannink@sdlaw.com
2  ZACH P. DOSTART (255071)
   zdostart@sdlaw.com
3  DOSTART HANNINK & COVENEY LLP
   4180 La Jolla Village Drive, Suite 530
4  La Jolla, California 92037-1474
   Tel: 858-623-4200
5  Fax: 858-623-4299

6  Attorneys for Plaintiff

7

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
02/23/2022 at 12:32:51 PM
By: Cheryl Clark, Deputy Clerk

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF ALAMEDA

10

11  TYISHA DANZY,                          CASE NO.   22CV007409
    individually and on behalf of all others
12  similarly situated,                    CLASS ACTION

13           Plaintiff,                    COMPLAINT FOR:

14  vs.                                    VIOLATION OF THE UNFAIR
                                           COMPETITION LAW
15  MDG USA Inc., a Delaware corporation;  [Bus. & Prof. Code, § 17200 et seq.]
    and DOES 1-50, inclusive,
16
             Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

**INTRODUCTION**

1.      This class action lawsuit alleges that defendant MDG USA Inc. ("MDG") charges illegal interest rates on loans to California consumers.

2.      MDG operates a website, secure.mdg.com, through which it offers for sale a variety of consumer goods such as televisions, computers, gaming devices, furniture, and household appliances. Along with the merchandise, MDG presents itself as offering a way for consumers to obtain such merchandise even if they lack the ability to pay upfront with cash or a credit card.

3.      When consumers purchase merchandise from the MDG website, with credit obtained through MDG, the annual interest rate is set at or above 35%, whereas the maximum interest rate that MDG is allowed to charge under California law is 10%.

4.      This action seeks a public injunction for the benefit of the general public of the State of California, to enjoin MDG from advertising, making, or servicing loans in California that do not comply with California's interest rate limitations.

5.      This action also seeks monetary restitution for plaintiff Tyisha Danzy and other California consumers to whom MDG has charged interest exceeding the amount allowed by law.

**THE PARTIES**

6.      Plaintiff Tyisha Danzy ("Plaintiff") is an individual residing in Alameda County, California.

7.      Plaintiff is informed and believes and thereon alleges that defendant MDG USA Inc. ("MDG") is a Delaware corporation that does business in Alameda County, including the advertising, making, and servicing of loans in connection with the sale of merchandise.

8.      Plaintiff does not know the names of the defendants sued as DOES 1 through 50 but will amend this complaint when that information becomes known. Plaintiff alleges on information and belief that each of the DOE defendants is affiliated with MDG in some respect and is in some manner responsible for the wrongdoing alleged herein, either as a direct participant, or as the principal, agent, successor, alter ego, or co-conspirator of or with one or more of the other defendants. This Complaint refers to MDG and the DOE defendants collectively as "Defendants."

2

9.     Venue is proper in this judicial district because Plaintiff resides in Alameda County and Plaintiff's transactions described herein were entered into in Alameda County.

## BACKGROUND

10.     MDG does not hold a license to make consumer or commercial loans in California. Accordingly, MDG is subject to the interest rate limitations set forth in Article XV, Sections 1(1) and 1(2), of the California Constitution.

11.     Pursuant to Article XV, Section 1(1) of the California Constitution, for any loan or forbearance of money for use primarily for personal, family, or household purposes, the maximum rate of interest is ten percent (10%) per annum.

12.     Pursuant to Article XV, Section 1(2) of the California Constitution, for any loan or forbearance of money for any use other than primarily for personal, family, or household purposes, the maximum rate of interest is the higher of (a) ten percent (10%) per annum or (b) five percent (5%) per annum plus the federal funds rate prevailing on the 25th day of the month preceding the earlier of (i) the date of execution of the contract for the loan, or (ii) the date of making the loan. During the four years preceding the filing of this Complaint, the federal funds rate has never exceeded 2.45%, and for the past two years, the federal funds rate has been near zero. (See https://fred.stlouisfed.org/series/FEDFUNDS#0 [last accessed Feb. 22, 2022].)    Accordingly, during the four years preceding the filing of this Complaint, the maximum rate of interest permitted pursuant to Article XV, Section 1(2), has never exceeded 7.45%.

13.     Notwithstanding those interest rate limitations, when California consumers purchase merchandise from the MDG website with credit obtained through MDG, the annual interest rate is set at 35% or more. Obviously, that exceeds the maximum interest rates allowed under Article XV, Sections 1(1) and 1(2) of the California Constitution.

14.     MDG is apparently trying to circumvent the interest rate limitations imposed by California law by entering into an arrangement with a state-chartered bank in Utah, Capital Community Bank ("CC Bank"). Under this "rent-a-bank" arrangement, the loans that MDG offers and makes to California consumers are—*on paper*—purportedly "issued" by the Utah bank. In fact, however, MDG itself markets the loans, underwrites the loans, originates the loans, services the

3

loans (including billing and collection of payments), and contacts borrowers who miss payments. MDG's website states that MDG "offers the very best *end-to-end service*." (See https://secure.mdg.com/HowToFinance.aspx?) [last accessed Feb. 22, 2022) (italics added).) Further, as described on MDG's website, consumers obtain loans and purchase merchandise by completing "3 easy steps," all conducted through the MDG website: 1) filling out the application; 2) getting pre-qualified; and 3) shopping online and checking out. On the other hand, CC Bank has virtually no involvement in the loans other than the fact that its name is used on the loan documents. Indeed, on its own website, CC Bank describes itself as a "community-focused financial institution, serving the banking needs of *Utah residents*[.]" (See https://ccbankutah.com/about/overview [last accessed Feb. 22, 2022] (emphasis added).) MDG has the predominant economic interest in the loans and therefore MDG is the true or *de facto* lender for loans made to California consumers. MDG's "rent-a-bank" scheme is ineffective to circumvent the interest-rate restrictions of California law. (See, e.g., *Consumer Fin. Prot. Bureau v. CashCall, Inc.*, No. CV 15-7522-JFW (RAOx) (C.D. Cal. Aug. 31, 2016) 2016 U.S. Dist. LEXIS 130584, at \*15-20) [identification of the true lender is based on the substance of the transaction, not the form]; *People v. Miami Nation Enters.* (2016) 2 Cal. 5th 222, 252-256 [lender that was formally affiliated with Indian tribe, but functionally controlled by non-tribal persons and entities, not entitled to sovereign immunity and therefore subject to California law].)

## PLAINTIFF'S TRANSACTIONS

15.    Plaintiff's transactions with MDG are illustrative of loans that MDG has made to California consumers that exceed the interest rate limitations of California law.

16.    On November 2, 2015, Plaintiff completed an online application through MDG's website and was approved for credit. A true and correct copy of Plaintiff's agreement dated November 2, 2015, is attached hereto as Exhibit 1 (with personal information redacted) (the "2015 Agreement"). As stated in the 2015 Agreement, MDG set Plaintiff's interest rate at an Annual Percentage Rate ("APR") of 40.00%. The 2015 Agreement does not make any mention of CC Bank. Plaintiff's 2015 Agreement was on a pre-printed form contract. The terms of the 2015 Agreement were dictated by MDG, and Plaintiff had no opportunity for negotiation or modification. On

4

information and belief, except for the transaction-specific information reflected in the 2015 Agreement (e.g., Plaintiff's personal contact information), the other provisions of that Agreement are boilerplate terms that MDG included in all of its agreements with California consumers in or around 2015.

17.   On March 17, 2018, Plaintiff completed an online application through MDG's website and was approved for credit. A true and correct copy of Plaintiff's agreement dated March 17, 2018, is attached hereto as Exhibit 2 (with personal information redacted) (the "2018 Agreement"). As stated in the 2018 Agreement, MDG set Plaintiff's interest rate at an APR of 35.95%. The form and content of the 2018 Agreement is substantially similar to the 2015 Agreement in many respects, even though the 2018 Agreement includes the corporate logos of both MDG and CC Bank, and it purports to identify CC Bank as the entity providing the loan. Plaintiff alleges that CC Bank is identified in the 2018 Agreement pursuant to the "rent-a-bank" arrangement between MDG and CC Bank described above in paragraph 14, and that at all times relevant to this Complaint, MDG had and continues to have the predominant economic interest in the loans and therefore MDG is the true or *de facto* lender for the loans made to Plaintiff and other California consumers. Plaintiff utilized her credit in 2018 to purchase electronic items, for which Plaintiff subsequently paid interest at the rate of 35.95%. Plaintiff's 2018 Agreement is a pre-printed form contract. The terms of the 2018 Agreement were dictated by MDG, and Plaintiff had no opportunity for negotiation or modification. On information and belief, except for the transaction-specific information reflected in the 2018 Agreement (e.g., Plaintiff's personal contact information), the other provisions of that Agreement are boilerplate terms that MDG included in all of its agreements with California consumers in or around 2018.

18.   On January 25, 2022, Plaintiff purchased electronic items through MDG's website, utilizing the revolving credit amount previously authorized by MDG. A true and correct copy of Plaintiff's Order Summary dated January 25, 2022 is attached hereto as Exhibit 3 (with personal information redacted) (the "2022 Order Summary"). The 2022 Order Summary recites that, because Plaintiff is a current customer of MDG, the Terms & Conditions in her previous contract apply. As previously noted, MDG is charging Plaintiff an interest rate of 35.95%.

5

1

## ALLEGATIONS REGARDING PUBLIC INTEREST

2      19.     As explained by the California Supreme Court, injunctive relief under the UCL has

3 "the primary purpose and effect" of prohibiting unlawful acts that threaten future injury to the

4 general public. (*McGill v. Citibank, N.A.* (2017) 2 Cal. 5th 945, 955.) Public injunctive relief can be

5 sought by any private individual who has suffered injury in fact and has lost money or property as

6 a result of the unfair business practice. (*Id.* at p. 959.) In this action, Plaintiff seeks a public

7 injunction to stop MDG from advertising, making, and/or servicing loans in California that carry an

8 unlawful interest rate pricing structure, thereby enjoining future violations of California law.

9      20.     The MDG business practices alleged herein threaten future injury to the general

10 public of the State of California. MDG directs its marketing activities for its illegally-priced loans

11 to low-income California residents, many of whom do not have the cash or other credit resources to

12 purchase the consumer goods outright and who are vulnerable to exploitation. High interest rate

13 loans trap many low-income consumers in cycles of debt, which in turn can increase the borrowers'

14 reliance on taxpayer-funded government services. MDG's unlawful loan pricing structure alleged

15 herein is injurious to the general public, and warrants public injunctive relief.

16      21.     Additionally, when unlicensed lenders such as MDG charge illegal interest rates, it

17 harms the governmental interest in regulating financial institutions that do comply with California's

18 interest rate and lending laws. Licensing by the California Department of Financial Protection and

19 Innovation (formerly the California Department of Business Oversight) carries with it requirements

20 regarding net worth and surety bonds (among others), and subjects the business to audits and

21 investigations. And, of course, licensed lenders must comply with California law or be subject to

22 losing their license. In contrast, MDG makes loans to California consumers while disregarding

23 California law regarding interest-rate limitations.

24

## CLASS ACTION ALLEGATIONS

25      22.     Pursuant to Code of Civil Procedure § 382, Plaintiff seeks restitution on behalf of the

26 following Class: "All individuals in California who, within the four years preceding the filing of

27 this Complaint, paid interest on a loan obtained from or marketed, underwritten, or serviced by

28 MDG. Excluded from the Class are all employees of Defendants, all employees of Plaintiff's

6

1  counsel, and the judicial officers to whom this action is assigned."

2    23.    Numerosity.  Plaintiff alleges on information and belief that the Class comprises at
3  least 100 individuals.

4    24.    Ascertainability.  The Class is ascertainable. The members of the Class may be
5  ascertained from MDG's business records.

6    25.    Common Questions of Fact or Law.  The claim for restitution is suitable for class
7  treatment because questions of law and fact have common answers that are the same for the Class,
8  and those questions predominate over questions affecting only individual Class members. These
9  include, but are not limited to: (i) whether MDG is the true lender on Plaintiff's and Class members'
10  loans; and (ii) whether MDG's loans to California consumers carried interest rates that exceeded the
11  maximum allowed by California law.

12    26.    Typicality and Adequacy.  Plaintiff's claim for restitution is typical of the claims of
13  other Class members. Plaintiff will fairly and adequately represent and protect the interests of the
14  Class. Plaintiff has no interests that are adverse to the Class members.

15    27.    Superiority.  A class action is superior to other available methods for fairly and
16  efficiently adjudicating the issues. Class certification will not present any significant management
17  difficulties. Class certification would also conserve judicial resources and avoid the possibility of
18  inconsistent judgments. The expense and burden of individual litigation would make it difficult or
19  impossible for individual Class members to redress the wrongs done to them without a class action.

20  ## FIRST CAUSE OF ACTION

21  Unfair Competition

22  (Bus. & Prof. Code, § 17200 et seq.)

23    28.    Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

24    29.    By advertising, making, and/or servicing loans in California that carry interest rates
25  exceeding the maximum rate allowed by California law, Defendants have engaged in unlawful
26  and/or unfair business acts or practices, in violation of Bus. & Prof. Code § 17200.

27    30.    Plaintiff has suffered injury in fact and lost money as a result of Defendants' acts of
28  unfair competition.

7

1    31.    Pursuant to Bus. & Prof. Code § 17203, Plaintiff seeks a public injunction enjoining

2    Defendants from advertising, making, and/or servicing loans in the State of California that carry an

3    interest rate that exceeds the maximum rate allowed by California law.

4    32.    Pursuant to Bus. & Prof. Code § 17203, on behalf of herself and all Class members,

5    Plaintiff seeks restitution of all interest paid in excess of the amount authorized under California

6    law.

7                                           **PRAYER**

8    WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

9    1.    For a public injunction, for the benefit of the general public;

10   2.    For restitution, in favor of Plaintiff and all Class members;

11   3.    For pre-judgment interest;

12   4.    For reasonable attorneys' fees, pursuant to Cal. Code Civ. Proc. § 1021.5;

13   5.    For costs of suit; and

14   6.    For such other relief as the Court deems proper.

15   DATED: February 22, 2022          DOSTART HANNINK & COVENEY LLP

16

17

18   ZACH P. DOSTART
     Attorneys for Plaintiff

19   969481.6

20

21

22

23

24

25

26

27

28

8

CLASS ACTION COMPLAINT

Exhibit 1



REDACTED

**TYISHA DANZY**

ID #

2015-11-02

# CONGRATULATIONS!
## YOU ARE CONDITIONALLY
# APPROVED!

Dear **TYISHA**,

We would like to thank you on becoming an MDG USA Inc. Customer.

Over 2 million customers in North America have experienced our superior MDG service, providing reliable Desktop PCs, Laptops, and High Definition TVs since 1991.

To receive your order, please review the following pages and complete these easy steps:

**Step 1** - Please carefully read all documents including privacy statement, loan disclosure, agreement and all other documents provided and sign where required.

**Step 2** - E-Sign this document and contact your sales representative to complete your order by providing the remaining requisite documents.

You may fax us at **1-855-802-8129** or email your sales representative @ **stefant@mdghq.com**

Once we receive all of your paperwork, an MDG USA Inc. representative will contact you to verify any last minute details and advise you of when you can expect your order.

It's that simple! It's never been easier to buy.


Sincerely,

Stefan T
MDG USA Inc. Inside Sales Specialist

Track the status of your order at any time: **www.mdg.com/Track?ID=1252638**

Follow MDG on Facebook: **www.facebook.com/mdg**

Exhibit 1
Page 1

## MDG USA Inc. Privacy Policy

Rev. 11/25/2014

| | |
|---|---|
| FACTS | **WHAT DOES MDG USA, Inc.**<br>**DO WITH YOUR PERSONAL INFORMATION?** |

| | |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |

| | |
|---|---|
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>■ Social Security number and income<br>■ Account balances and payment history<br>■ Purchase history<br>■ Transaction history<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |

| | |
|---|---|
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons MDG USA. Inc. chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does MDG USA. Inc. share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes –** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| | | |
|---|---|---|
| Questions? | Call | 1-800-906-0975 |

Exhibit 1
Page 2

| Who is providing this notice? | MDG USA, Inc. |
|---|---|

| How does MDG USA, Inc. protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
|---|---|
| How does MDG USA Inc. collect my personal information? | We collect your personal information, for example, when you<br><br>■ Open an account or apply for financing<br>■ give us your contact information or pay us by check<br>■ give us your income information<br><br>We also collect your personal information from credit bureaus. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>■ sharing for affiliates' everyday business purposes - information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ *MDG USA Inc.'s only affiliate is MDG Computers Canada Inc.* |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial or nonfinancial companies.<br><br>■ *MDG USA, Inc. does not share with nonaffiliates so they can market to you.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>■ *MDG USA, Inc. does not jointly market.* |

Exhibit 1
Page 3

**REVOLVING CREDIT AGREEMENT, SECURITY AGREEMENT AND DISCLOSURE STATEMENT**
TRUTH IN LENDING DISCLOSURE

| Interest Rate and Interest Charges | |
|---|---|
| APR for Purchase | **40.00%** |
| Penalty APR and When It Applies | 49.00 %* <br><br> **This APR will be applied to your account if you make more than two late payments in three months.** <br><br> **How Long Will the Penalty Rate Apply?** If your APR is increased due to a late payment, the Penalty APR will apply until you make six consecutive minimum payments when due. |
| Minimum Interest Charge** | If you are charged interest, the charge will be no less than $0.50. |
| Paying Interest | You will be charged interest from the transaction date.*** |

| Fees | |
|---|---|
| Annual Fee | $0.00 |
| Penalty Fees <br> • Late Payment <br> • Returned Payment | Up to **$15.00** <br> Up to **$15.00** |

**Billing Rights**:   Information on your rights to dispute transactions and how to exercise those rights is provided in your account agreement.

☑  If this box is checked, the APR for Purchases stated above is reduced by .25%  from our standard APR because you have agreed to make automatic payments from your bank account to repay your obligations under this Agreement.

* The Penalty APR equals the standard Purchase APR plus 9%.
** **Minimum Interest Charges:** The minimum interest charge in Washington is $1.00;  is $0.70 in New York;  $0.50 in Indiana, Iowa and Pennsylvania; and $1.50 in all other states.
*** The "transaction date" is the date we ship your order to you.  We will not ship your order until all required downpayments (if any) have been received by us.

1.  **GENERAL:**  This Revolving Credit Agreement and Disclosure Statement (the "Agreement") governs the terms of your revolving credit account with us (your "Account").  Please read this Agreement carefully and keep a copy for your records.  In this Agreement, the terms "we," "us," and "our" refer to MDG USA, Inc. located at 3422 Old Capitol Trail, # 1993.  Wilmington, DE  19808; the terms "you," "your," and "Buyer" refer to the customer signing below.
If your credit application is approved and we open an Account for you, you may purchase household goods and services on credit from us.  All purchases to be charged to your Account must be made with the Order Summary, and you agree that all such sales are subject to the terms of this Agreement.

2.  **USE OF MDG ACCOUNT:**  By using your MDG Account, you promise that all purchases made under this Agreement will be solely for your personal, family or household purposes and not for business purposes.

3.  **PROMISE TO PAY:**  You agree to pay for all purchases made on your Account, interest charges, and other applicable charges or fees under this Agreement incurred by you or anyone you authorize or permit to use your Account.  If this Account is a joint account, each joint account holder agrees to pay, and all account holders are jointly and severally responsible for, all amounts owed on the Account, and we may require any one of you to pay the full amount owed without first asking the other joint account holder(s) to pay.  If your Account is referred for collection to an attorney who is not our salaried employee, you agree to pay reasonable attorney fees and reasonable collection costs to the extent allowed by law in your state.

4.  **DOWNPAYMENTS:**  If you are required to make one or more downpayments, we will not ship your order until we have received all required downpayments.  If you cancel your order, we will refund any down payments you have made. We treat that shipment day as the "transaction date" for purposes of calculating your interest charges and other payment obligations. If you are required to make more than one downpayment and the item or items you have ordered are no longer available or are on back-order, we will contact you to find out whether you want to cancel your order, accept a substitute, or wait until any back-ordered item is available.
You may cancel your order at any time until you have made all down payments.  After you have made all down payments, you may not cancel your order except as provided above.

Exhibit 1
Page 4

**5.   PAYMENT INSTRUCTIONS:** All payments, except disputed payments, must be mailed or delivered to us at the address shown on your periodic billing statement, unless automatic payment arrangements have been made. All mailed payments must be made by check or money order. Do not send cash. Cash or other nonconforming methods of payment may be rejected. We may accept partial or late payments or checks marked "payment in full" or other restrictive endorsement without losing our right to receive the full amount owed. Your billing statement will include requirements for you to follow in making payments. You may pay your outstanding balance in full at any time without penalty.

If you have agreed to automatic payments being made from your bank account, then you need not mail payments so long as the automatic payments are in fact made. If you have arranged for your payments to be made by automatic payments and your payment due date falls on a day that is not a business day, then your payment will be due on the next business day.

**6.   MINIMUM PAYMENTS AND APPLICATION OF PAYMENTS:** (A) You agree to pay us at least the Minimum Payment Due reflected on your billing statement. We calculate your bi-weekly Minimum Payment Due based on your Account balance as outlined in the Payment Chart below. For a monthly Minimum Payment Due, it equates to the bi-weekly Minimum Payment amount multiplied by 26 and divided by 12. You may pay more than the Minimum Payment Due and you may make your payment before the Payment Due Date shown on your billing statement.

| Payment Chart | | |
|---|---|---|
| Account Balance ($) | | Biweekly Payment ($) |
| From | To | |
| 0 | 499.99 | $13.99 |
| 500 | 999.99 | 2.99% |
| 1000 | 1159.99 | $29.90 |
| 1160 | 1499.99 | 2.59% |
| 1500 | 1699.99 | $38.85 |
| 1700+ | | 2.30% |

(B) Except where otherwise required by the state law(s) applicable to your Account, we first apply the payment(s) you make on a purchase, to the unpaid interest charges on that purchase. Next, we apply the payment to the purchase amount or principal. After we have applied your payment to the unpaid interest charges and purchase amount, we apply your payment toward late fees, returned check fees and any other fees charged to your Account. Any downpayments you are required to make for any purchase will be applied to that purchase only.

**7.   CREDIT LIMIT AND AVAILABLE CREDIT:** We will establish a Credit Limit for your Account when we establish the Account, and we will inform you of the amount of that Credit Limit when you open your Account. We may increase or decrease your Credit Limit at any time, at our sole discretion, except as limited by law, and we will inform you of any changes to your Credit Limit as required by law. The "Available Credit" on your Account usually will be your Credit Limit reduced by the outstanding and unpaid balance of our Account from time to time. However, we may reduce your Available Credit temporarily or permanently at our discretion at any time, except as limited by law. If we do reduce your Available Credit, we will inform you of such as required by law. You agree that you will not at any time charge purchases to your Account if it would cause you to exceed your Credit Limit or Available Credit, or if your Account is already in excess of its Credit Limit or Available Credit, or if your Account is in default. We are never required to allow you to exceed your Credit Limit or Available Credit but, if we in any instance do allow you to exceed your Credit Limit or Available Credit, we will not be required to do so again in the future and you are always required to repay the full amount of your Account, including any amounts in excess of your Credit Limit or Available Credit.

**8.   PREPAYMENT:** You may pay all of your Account balance at any time without penalty. If you do not pay the entire balance in full, you must make a minimum payment each period by the payment due date that appears on your billing statement.

**9.   HOW WE DETERMINE YOUR BALANCE:** The total outstanding balance (the amount you owe us) appears as the "New Balance" on your billing statement. To determine the New Balance, we begin with the outstanding balance on your Account at the beginning of each billing cycle, called the "Previous Balance" on your billing statement. We add in any new purchases and other charges posted to your Account since the end of the previous billing cycle and subtract any payments and credits we received. We then add the appropriate Finance Charges and fees, and make other applicable adjustments.

**10.   FINANCE CHARGES; NO GRACE PERIOD:** We will begin charging interest on each purchase on the transaction date. The "transaction date" is the date we ship your order to you. Interest will accrue on the transaction until it is paid in full. There is no period within which you may repay advances for purchases to avoid a Finance Charge. Finance Charges accumulate each day until the exact current payoff amount is received and posted to your Account. The exact current payoff as of any day is the aggregate of all unpaid purchases, plus all accrued and unpaid Finance Charges, plus other amounts due hereunder, if any.

Exhibit 1
Page 5

**11.    CALCULATION OF INTEREST CHARGES - AVERAGE DAILY BALANCE METHOD (INCLUDING CURRENT TRANSACTIONS):** We figure the interest charge on your Account by applying the periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the beginning balance of your Account each day, add any new purchases, and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." **This method of calculating the average daily balance results in charging interest on unpaid interest (also known as compounding) and fees.** Notwithstanding the above, we do not begin charging interest on your purchases until the day we ship your purchase to you (the transaction date). If a law that applies to your Account and which sets maximum interest rates, is finally interpreted by a court having jurisdiction so that the interest or other charges collected or to be collected in connection with this Agreement exceed the permitted limit, then: (a) the interest and/or other charges payable hereunder will be reduced by the amount necessary to reduce them to the permitted limit, and (b) any sums already collected that exceed the permitted limit will be refunded to you. We may choose to make this refund by reducing the principal you owe under this Agreement or by making a direct payment to you.

A minimum interest charge of $1.50 ($1.00 in Delaware and Washington; 70 cents in NY, and 50 cents in Iowa and Pennsylvania) is added to your Account in any billing cycle that your Account is subject to an interest charge, except in states where prohibited by law.

**12. PENALTY ANNUAL PRECENTAGE RATE:** If you fail to make a Minimum Payment by its due date on more than two (2) occasions in three (3) months, we will increase the ANNUAL PERCENTAGE RATE on your Account to the amount disclosed in the Truth in Lending Disclosure provided above. Our right to charge the Penalty APR applies in addition to our other remedies under this Agreement. The Penalty APR will apply until you make six consecutive minimum payments when due.

**13.   LATE FEE:** If your payment is more than 35 days late, you will be charged a late fee equal to $15.00. The late fee is added to your Account balance, but interest is not charged on the late fee portion of your balance. We do not charge a late fee if your downpayment is late, but we may cancel your order if any required downpayment is late. See Paragraph 24, below.

**14.   RETURNED PAYMENT FEE:** If any check is returned nonpayable or insufficient funds by your bank, you agree to pay a Returned Check Fee in the amount of $15. If required by your state, you will receive a notice and right to cure, and no charges will be added if you cure within the time indicated on your notice. We are not required to present the check more than once to your bank for payment. This fee will be added to your Account balance, but interest will not be charged on the returned check fee portion of your balance.

**15.   BILLING STATEMENT:** We will mail or email you a statement for each period that you have any unpaid Account balance or during which any interest or other Finance Charges were imposed. We will mail or email that statement to you at the address or email address we have in our records at least 14 days before the next payment is due on your Account. This statement will show, among other things, all transactions on your Account for the period, late charges, insufficient check charges, previous balance, the balance on which Finance Charges are computed and how that balance was determined, your new balance, Finance Charges, the periodic rate and corresponding ANNUAL PERCENTAGE RATE used to compute your Finance Charges, payments received, credits, minimum payment due, and payment due date.

**16.   ELECTRONIC FUND TRANSFER:** When you provide a check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your checking account or to process the transaction as a check. When we use your check to make an electronic fund transfer, funds may be withdrawn from your checking account as soon as the same day we receive your payment, and you may not receive your check back from your financial institution. If there are insufficient funds in your checking account you authorize us to charge a Returned Check Fee as indicated above.

**17.   DEFAULT:** You are in "Default" if: (a) you fail to make a required payment when due on two occasions in any 12 month period; or (b) you fail to observe or perform any of the other covenants or duties contained in this Agreement. If you fail to cure within the time allowed in your notice or within 30 days if you live in a state with no notice requirement, we will accelerate your balance and the full Account balance will be immediately due and payable by you. Iowa residents will receive a Notice of Right to Cure.

**18. ADDITIONAL REMEDIES:** Without limiting any other provision of this agreement, if you are in Default we may do one or more of the following at any time(s) chosen by us, in our sole discretion:   (a) we may commence proceedings to collect amounts that you owe to us; and/or (b) we may exercise any other rights or remedies we may have at law, in equity, or under this Agreement. To the extent allowed by law, you agree to pay our reasonable costs and legal expenses that that we may incur to recover any amounts you may owe us, and all expenses that we may incur if we seize and dispose of any MDG USA Inc. product(s) in which we have a security interest. Except in California or where otherwise prohibited by law, if we repossess the product(s), you will pay us any amount you still owe us after we have sold the property. We may accept payments after maturity or after a Default without waiving our rights with respect to any subsequent default in payment. Subject to applicable law, our rights and remedies under this Agreement are cumulative and not alternative and may be enforced either successfully or concurrently.

Exhibit 1
Page 6

**19. YOUR OBLIGATIONS TO PROVIDE ADDITIONAL INFORMATION:**   At any time while your Account is open, we may require that you provide to us, and you agree to provide, updated financial and/or other information concerning you, including, without limitation, recent bank statements or tax information.

**20.   CREDIT VERIFICATION AND CONSUMER REPORTS:**   You authorize us to obtain credit and employment information about you by any means and at various times. We may obtain credit and employment information by any means, including obtaining information from check or credit-reporting agencies and/or from other sources. You also agree that we may obtain consumer reports (credit reports) for any reason on any of you from time to time in the future when updating, renewing, or extending your Account. We may do so at the time you open your Account, at any time while your Account is open, or after your Account is closed, if you owe us any amount related to your Account. Depending on your individual circumstances, it is possible that your credit score will be impacted when we access your credit file. Upon your request, we will tell you whether we obtained a consumer report (credit report) and the name and address of any consumer-reporting agency that provided such reports.

**21.   FURNISHING INFORMATION TO CONSUMER-REPORTING AGENCIES:**   We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. If you believe that we have furnished any inaccurate information relating to your Account to any consumer-reporting agency, you may notify us by phone at 1-800-906-0975 or by mail at 3422 Old Capitol Trail, # 1993, Wilmington, DE  19808.   To help us respond to your notification, include your Account number, Social Security Number, the name of the consumer-reporting agency reflecting the inaccurate information, and an explanation of why you believe the information is inaccurate. You understand that you may also contact the consumer-reporting agency directly at TransUnion Consumer Solutions P.O Box 2000, Chester, PA 19022-2000, 1-800-916-8800. **California residents:    As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.**

**22. ACCOUNT ADJUSTMENTS:**   We may make adjustments to your Account from time to time to reflect corrections or changes to your balance. Adjustments might occur, for example, if deposits are posted for the wrong amount, or to the wrong account, or if items are returned unpaid. In the event of an error that has caused an overstated balance, you agree to reimburse the overstated amount.

**23.   CHANGE IN TERMS:**   We may change the terms of this Agreement, as permitted by law, at any time.   Any changes in the rates and other terms may apply both to new purchases and to the outstanding balance on your Account, except as limited by law.  You will be notified of changes in accordance with applicable state and federal law.

**24.   ORDER CANCELLATION:** We may cancel your order for our products if any downpayment you make by check or electronic means is returned unpaid before we have shipped the product(s), if any information you provide to us in your application is inaccurate, or if in our sole discretion we determine that we are exposed to risk of fraud.

**25. ACCOUNT CANCELLATION:**   We may cancel your Account at any time for any reason subject to the requirements of applicable law.   Outstanding balances continue to accrue Finance Charges until paid in full, and remain subject to all terms and conditions of this Agreement.   You may cancel your Account by writing to us at 3422 Old Capitol Trail, # 1993, Wilmington, DE 19808.   Your notice is effective on receipt. If you cancel your Account, you are still responsible for all amounts owed pursuant to the terms of this Agreement and you must pay everything you owe as required by the Agreement, including any amounts not yet billed to you.

**26. TELEPHONE MONITORING, RECORDING AND CALLS:**   We treat every customer call confidentially. To assure that you receive the best possible customer service, and that our employees are complying with our policies and all applicable laws, your calls with us may be monitored and/or recorded. You agree that you have an established business relationship with us, that all of our contacts with you are not unsolicited, and that we may contact you from time to time regarding your Account (including for collections purposes) and products and services that we believe may be of interest to you. You further agree that all of our contacts with you may be made with an automated dialing and announcing or similar device and/or an artificial voice or prerecorded message to the extent permitted by law. You also agree that we may contact you at any telephone number you provide to us, whether a residential number or a wireless, cellular or mobile number.

**27.   ASSIGNMENT:**   This Agreement is not effective until your application has been approved by us.   We have the right to assign any or all of our rights under this Agreement to any assignee of our choosing.   You may not assign this Agreement or any rights under this Agreement and any attempt to make such an assignment will be null and void.   This Agreement legally binds the parties and their respective heirs, representatives, executors, administrators, successors and assigns.

**28.   SEVERABILITY:**   If any provision of this Agreement is deemed void or unenforceable under any law, rule, or regulation, all other provisions remain in effect and enforceable.

**29. NON-WAIVER:** We do not lose any of our rights under this Agreement if we delay taking action for any reasons.

Exhibit 1
Page 7

**30.  REPRESENTATION:**  You swear that all the information you supplied on your credit application and all the information on each revolving credit sales slip is and will be true, correct, and accurate.  Any false, incorrect, or misleading information your knowingly supply is a deliberate misrepresentation.

**31.  NO FURTHER TRANSACTIONS IF ACCOUNT IS CLOSED:**  If either you or we close your Account you may not make further Purchases. However, you will remain responsible and must pay for all credit owed to us (extended to you or arising from use of your Account prior to or subsequent to cancellation).

**32.  FORCE MAJEURE:**  Unless otherwise required by applicable law, we are not responsible and will not incur liability to you for any failure, error, malfunction or any delay in carrying out obligations under this Agreement if such failure, error or delay results from causes that are beyond our reasonable control (including, but not limited to inclement weather, fire, flood, acts of war or terrorism, and earthquakes).

**33.  ARBITRATION OF DISPUTES:**  Any claim, dispute, or controversy ("Claim") by either you or us against the other, or against the employees, agents, or assigns of the other, arising from or relating in any way to this Agreement, including Claims regarding the applicability of this arbitration provision or the enforceability of any part of this Agreement, shall be resolved by binding arbitration by the National Arbitration Forum (NAF) in accordance with NAF procedures in effect when the Claim is filed. For a copy of NAF's procedures, or to file a Claim, or for other information, contact NAF at any NAF office, at www.arbforum.com, or at P.O. Box 50191, Minneapolis, Minnesota 55405, 1.800.474.2371. We will not invoke our right to arbitrate any individual Claim you choose to bring to small claims court or your state's equivalent court, if any, so long as the Claim is pending only in that court and does not exceed $5,000.

Your Agreement involves interstate commerce, and this arbitration agreement shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 (the "FAA"). Any arbitration hearing at which you appear will take place in the federal judicial district in which you reside. The arbitrator shall follow applicable substantive law to the extent consistent with the FAA, shall honor applicable statutes of limitations, and shall honor Claims of privilege recognized as law. If requested by any party, the arbitrator shall write an opinion containing the reasons for the award. The arbitrator's decision will be final and binding except for any appeal rights under the FAA, or if the amount in controversy exceeds $100,000. Any party may appeal the award within 30 days to a three-arbitrator panel, which shall review the award de novo. The costs of such an appeal shall be borne by the appealing party regardless of the outcome. Judgment upon any award by the arbitrator may be enforced in any court having jurisdiction.

Nothing in this Agreement shall be construed to prevent any party's use of (or advancement of any Claims, defenses, or offsets in) bankruptcy or repossession, replevin, judicial foreclosure, or any other prejudgment or provisional remedy relating to any collateral, security, or property interests for contractual debts now or hereafter owed by either party to the other under this Agreement. This arbitration provision applies to all Claims now in existence or that may arise in the future. This arbitration provision shall survive termination of the Agreement as well as voluntary payment in full by you, any legal proceedings by us to collect a debt owed by you, any bankruptcy by you, and any sale by us of your line of credit.

IN THE ABSENCE OF THIS ARBITRATION PROVISION, YOU AND WE MAY OTHERWISE HAVE HAD A RIGHT OR OPPORTUNITY TO LITIGATE CLAIMS THROUGH A COURT AND TO HAVE A JURY TRIAL, AND/OR TO PARTICIPATE OR BE REPRESENTED IN LITIGATION FILED IN COURT BY OTHERS. HOWEVER, EXCEPT AS OTHERWISE PROVIDED ABOVE, THIS ARBITRATION PROVISION REQUIRES THAT ALL CLAIMS BE RESOLVED THROUGH ARBITRATION. APPLICABLE ARBITRATION RULES MAY LIMIT PRE-HEARING DISCOVERY RIGHTS AND POST-HEARING APPEAL RIGHTS. NEITHER YOU NOR WE SHALL BE ENTITLED TO JOIN OR CONSOLIDATE CLAIMS IN ARBITRATION BY OR AGAINST OTHER BORROWERS WITH RESPECT TO OTHER LOANS OR LINE OF CREDIT, OR ARBITRATE ANY CLAIMS AS REPRESENTATIVE OR MEMBER OF A CLASS OR IN A PRIVATE ATTORNEY GENERAL CAPACITY.

**34.  SECURITY AGREEMENT:**    You grant us a purchase money security interest under the Uniform Commercial Code in each household good purchased on your Account to the full extent permitted by law. We will take a security interest in New York only for products purchased with a purchase price of at least $200.

**Arizona residents -** You must give us notice of your claim or defense in writing by certified mail within 90 days of receiving any goods or you may waive the right to set-offs or defense against assignee if assignee provides you a notice of your rights and you fail to exercise those rights pursuant to the terms of the notice.  **Anuncio: Residentes de Arizona pueden pedir que los declaraciones iniciales ordenados en el Truth in Lending Act (15 United States Code §§ 1601 through 1666j) sean traducidos en español antes de firmar cualquier formulario de préstamo.**

**WASHINGTON RESIDENTS:**    YOU MAY CANCEL ANY PURCHASES MADE UNDER THIS AGREEMENT IF THE SELLER OR HIS REPRESENTATIVE SOLICITED IN PERSON SUCH PURCHASE, AND YOU SIGN AN AGREEMENT FOR SUCH PURCHASE, AT A PLACE OTHER THAN THE SELLER'S BUSINESS ADDRESS SHOWN ON THE CHARGE AGREEMENT, BY SENDING NOTICE OF SUCH CANCELLATION BY CERTIFIED MAIL RETURN RECEIPT REQUESTED TO THE SELLER AT HIS ADDRESS SHOWN ON THE AGREEMENT, WHICH NOTICE SHALL BE POSTED NOT LATER THAN MIDNIGHT OF THE THIRD DAY (EXCLUDING SUNDAYS AND HOLIDAYS) FOLLOWING YOUR SIGNING OF THE PURCHASE AGREEMENT. IF YOU CHOOSE TO CANCEL THIS PURCHASE, YOU MUST RETURN OR MAKE AVAILABLE TO SELLER AT THE PLACE OF DELIVERY ANY MERCHANDISE, IN ITS ORIGINAL CONDITION, RECEIVED BY YOU UNDER THIS

PURCHASE AGREEMENT.

CUSTOMER SERVICE - Direct all inquiries concerning your Account to: 1-800-906-0975 ext. 352.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT TO THIS AGREEMENT OR WITH THE PROCEEDS FROM IT. DEBTOR'S RECOVERY UNDER THIS AGREEMENT MAY NOT EXCEED THE AMOUNT OF CREDIT OUTSTANDING.

Note to all Buyers: Finance Charges will be made in amounts or at rates not in excess of those permitted by law. You have the right to pay in advance the full amount due.

NOTICE TO ALL BUYERS: 1) DO NOT SIGN THIS BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. 2) YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT AT THE TIME YOU SIGN IT. 3) YOU HAVE THE RIGHT TO PAY IN ADVANCE THE FULL AMOUNT DUE, AND IN DOING SO YOU MAY RECEIVE A FULL REBATE OF ANY UNEARNED FINANCE AND INSURANCE CHARGES. 4) KEEP THIS AGREEMENT TO PROTECT YOUR LEGAL RIGHTS

| TYISHA DANZY | 2015-11-02  5:48:00PM | *Tyisha Danzy* |
|---|---|---|
| **Client Name** | **Date** | **Signed** |

E-Signed by TYISHA DANZY on November 02, 2015 from IP address: 23.116.44.214

PLEASE LIST TWO REFERENCES THAT CURRENTLY DO NOT LIVE WITH YOU: REDACTED

| NAME | RELATION | PHONE NUMBER |
|---|---|---|
| 1. | | |
| 2. | | |

Exhibit 1
Page 9

**Your Billing Rights: Keep this Notice for Future Use**

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

*What To Do If You Find a Mistake On Your Statement*

If you think there is an error on your statement, write to us at:

MDG USA, Inc.
3422 Old Capitol Trail, # 1993
Wilmington, DE  19808

In your letter, give us the following information:

- *Account information:*  Your name and account number.

- *Dollar amount:*  The dollar amount of the suspected error.

- *Description of problem:*  If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.

- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors *in writing*.  You may call us, but if you do we are not required to investigate any potential errors and you may have the pay the amount in question.

*What Will Happen After We Receive Your Letter*

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter.  We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent n that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply your unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

- *If we made a mistake:*  You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we do not believe there was a mistake:*  You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *ten days* telling us that you still refuse to pay.  If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill .  And, we must tell you the name of anyone we reported you to.  We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

Exhibit 1
Page 10

Exhibit 2



**TYISHA DANZY**



REDACTED
**ID #**

03/17/2018

# CONGRATULATIONS!
YOU ARE CONDITIONALLY
# APPROVED!

Dear **TYISHA,**

We would like to thank you on becoming an MDG USA Inc. Customer.

Experience our superior MDG service, providing reliable Desktop PCs, Laptops, and High Definition TVs since 1991.

To receive your order, please review the following pages and complete these easy steps:

**Step 1** - Please carefully read all documents including privacy statement, loan disclosure, agreement and all other documents provided and sign where required. Your credit account is being provided by Capital Community Bank.

**Step 2** - E-Sign this document and contact your sales representative to complete your order by providing the remaining requisite documents.

You may fax us at **1-855-802-8129** or email your sales representative @ **danb@mdghq.com**

Once we receive all of your paperwork, an MDG USA Inc. representative will contact you to verify any last minute details and advise you of when you can expect your order.

It's that simple! It's never been easier to buy.

Sincerely,

Dan B
MDG USA Inc. Inside Sales Specialist

Track the status of your order at any time: **www.mdg.com/Track?ID=2125817**

Follow MDG on Facebook: **www.facebook.com/mdg**

Exhibit 2
Page 11



*Revised 9/2015*

| What does Capital Community Bank do with your personal information? |
|---|

Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.

The types of personal information we collect and share depend on the product or service you have with us. This information can include:

- **Social Security Number**
- **Account Balances**
- **Payment History**
- **Transaction or Loss History**
- **Overdraft history**
- **Account Transactions**

When you are *no longer* our customer, we continue to share your information as described in this notice.

All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons MDG USA. Inc. chooses to share; and whether you can limit this sharing.

| | | |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes –** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| **Call 801.356.6699** or go to **www.ccbankutah.com** |
|---|

Exhibit 2
Page 12

| | |
|---|---|
| How does **Capital Community Bank** protect personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br>We also maintain other physical, electronic and procedural safeguards to protect this information and we limit access to information to those employees for whom access is appropriate. |
| How does **Capital Community Bank** collect my personal information? | We collect your personal information, for example, when you<br>■ **Apply for a loan**<br>■ **Give us your contact information**<br>■ **Give us your income information**<br>■ **Show your government-issued ID**<br>■ **Provide employment information**<br>We also collect your personal information from others, such as |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>■ **Sharing for affiliates' everyday business purposes – information about your creditworthiness**<br>■ **Affiliates from using your information to market to you**<br>■ **Sharing for nonaffiliates to market to you**<br>State laws and individual companies may give you additional rights to limit sharing. |

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>■ *Capital Community Bank does not share with our affiliates.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial or nonfinancial companies.<br>■ *Capital Community Bank does not share with nonaffiliates so they can market to you.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>■ *Our joint marketing partners include credit card companies and insurance companies.* |

Exhibit 2<br>Page 13



### REVOLVING CREDIT AGREEMENT AND DISCLOSURE STATEMENT
#### TRUTH IN LENDING DISCLOSURE

| Interest Rate and Interest Charges | |
|---|---|
| Annual Percentage Rate (APR) for Purchase | **35.95%** |
| Penalty APR and When It Applies | 44.95 % *<br><br>**This APR will be applied to your account if you make more than two late payments in three months.**<br><br>**How Long Will the Penalty Rate Apply?** If your APR is increased due to a late payment, the Penalty APR will apply until you make six consecutive minimum payments when due. |
| Minimum Interest Charge* | If you are charged interest, the charge will be no less than $0.50. |
| Paying Interest | You will be charged interest from the transaction date.** |

| Fees | |
|---|---|
| Annual Fee | $0.00 |
| Penalty Fees<br>   •   Late Payment<br>   •   Returned Payment | <br>Up to $25.00<br>Up to $25.00 |

**How We Will Calculate Your Balance:** We use a method called the "Daily Balance" method. See your Credit Agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your account agreement.

**Daily Periodic Rates:** The corresponding daily periodic rate is: 0.115%.

☑ If this box is checked, the APR for Purchases stated above has been reduced by .25% from our standard APR because you have agreed to make automatic payments from your bank account to repay your obligations under this Agreement.

\* **Minimum Interest Charges:** The minimum interest charge in Washington is $1.00; is $0.70 in New York; $0.50 in Indiana, Iowa and Pennsylvania; and $1.50 in all other states.

\*\* The "transaction date" is the date MDG ships your order to you.  MDG will not ship your order until all required downpayments (if any) have been received by MDG.

  **Optional Purchases:** You have the option to purchase ProtectLine Account Protection ("ProtectLine") and you might be offered the chance to purchase other optional products or services in the future.  Your purchase of ProtectLine or any other optional product or service is not required to obtain or maintain your Account (defined below).  If you purchase ProtectLine, when a covered event occurs ProtectLine will suspend the accrual of interest and fees on your account balance during the period of ProtectLine coverage, and your minimum monthly payment will be reduced during that period.  After the ProtectLine coverage ends, your minimum payment obligation will return to the standard requirement and interest and fees will then begin to accrue on your outstanding balance. See your ProtectLine Account Protection Terms for details of coverage and costs.

  **MILITARY ANNUAL PERCENTAGE RATE DISCLOSURE:** Federal law provides important protections to active duty members of the armed forces, and their dependents relating to extensions of consume credit.  In general, the costs of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36 percent.  This rate includes, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).  To hear this same disclosure, please call 1-800-906-0975 ext 352, and mention Military Lending.

Exhibit 2

Page 14

**REVOLVING CREDIT AGREEMENT AND DISCLOSURE STATEMENT**

**1. GENERAL:** This Revolving Credit Agreement and Disclosure Statement (the "Agreement") governs the terms of your revolving credit account with us (your "Account"). Please read this Agreement carefully and keep a copy for your records. Your Account is being provided by Capital Community Bank and will be serviced on our behalf by MDG USA, Inc. Your Account may only be used for purchases from MDG USA, Inc. In this Agreement, the terms "we," "us," "our" and "the Bank" refer to Capital Community Bank, a Utah-chartered bank; the term "MDG" means MDG USA, Inc.; and the term "Servicer" means "MDG USA Inc. and the terms "you," "your," and "Buyer" refer to the customer signing below.

If your credit application is approved and we open an Account for you, you may purchase household goods and services on credit from MDG. All purchases to be charged to your Account must be made with the Order Summary provided to you by MDG, and you agree that all such sales are subject to the terms of this Agreement.

**2. USE OF YOUR ACCOUNT:** By using your Account, you promise that all purchases made under this Agreement will be solely for your personal, family or household purposes and not for business purposes.

**3. PROMISE TO PAY:** You agree to pay for all purchases made on your Account, interest charges, and other applicable charges or fees under this Agreement incurred by you or anyone you authorize or permit to use your Account. If this Account is a joint account, each joint account holder agrees to pay, and all account holders are jointly and severally responsible for, all amounts owed on the Account, and we may require any one of you to pay the full amount owed without first asking the other joint account holder (s) to pay. If your Account is referred for collection to an attorney who is not our salaried employee, you agree to pay reasonable attorney fees and reasonable collection costs to the extent allowed by law in your state.

**4. DOWNPAYMENTS:** If you are required to make one or more down payments, MDG will not ship your order until MDG has received all required down payments. The Bank treats that shipment day as the "transaction date" for purposes of calculating your interest charges and other payment obligations. If you cancel your order, MDG will refund any down payments you have made. In addition, if you are required to make more than one down payment and the item or items you have ordered are no longer available or are on back-order, MDG will contact you to find out whether you want to cancel your order, accept a substitute, or wait until any back-ordered item is available.

You may cancel your order from MDG at any time until you have made all down payments. See the Order Summary provided to you by MDG for instructions on how to cancel your Order.

**5. PAYMENT INSTRUCTIONS:** All payments, except disputed payments, must be mailed or delivered to us at the address shown on your periodic billing statement, unless automatic payment arrangements have been made. All mailed payments must be made by check or money order. Do not send cash. Cash or other nonconforming methods of payment may be rejected. We may accept partial or late payments or checks marked "payment in full" or other restrictive endorsement without losing our right to receive the full amount owed. Your billing statement will include requirements for you to follow in making payments. You may pay your outstanding balance in full at any time without penalty.

If you have agreed to automatic payments being made from your bank account, then you need not mail payments so long as the automatic payments are in fact made. If you have arranged for your payments to be made by automatic payments and your payment due date falls on a day that is not a business day, then your payment will be due on the next business day.

**6. MINIMUM PAYMENTS AND APPLICATION OF PAYMENTS:** (A) You agree to pay us at least the Minimum Payment Due reflected on your billing statement. We calculate your bi-weekly Minimum Payment Due based on your Account balance as outlined in the Payment Chart below. For a monthly Minimum Payment Due, it equates to the bi-weekly Minimum Payment amount multiplied by 26 and divided by 12. You may pay more than the Minimum Payment Due and you may make your payment before the Payment Due Date shown on your billing statement.

| Payment Chart | | |
|---|---|---|
| Account Balance ($) | | Biweekly Payment ($) |
| From | To | |
| 0 | 499.99 | $13.99 |
| 500 | 999.99 | 2.99% |
| 1000 | 1159.99 | $29.90 |
| 1160 | 1499.99 | 2.59% |
| 1500 | 1699.99 | $38.85 |
| 1700+ | | 2.30% |

Exhibit 2
Page 15

(B) Except where otherwise required by the state law(s) applicable to your Account, we first apply the payment(s) you make on your Account, to the unpaid interest charges. Next, we apply the payment to the principal. After we have applied your payment to the unpaid interest charges, and principal amount, we apply your payment toward late fees, and returned payment fees charged to your Account. Any downpayments you are required to make for any purchase from MDG will be applied to that purchase only.

**7. CREDIT LIMIT AND AVAILABLE CREDIT:** We will establish a Credit Limit for your Account when we establish the Account, and we will inform you of the amount of that Credit Limit when you open your Account. We may increase or decrease your Credit Limit at any time, at our sole discretion, except as limited by law, and we will inform you of any changes to your Credit Limit as required by law. The "Available Credit" on your Account usually will be your Credit Limit reduced by the outstanding and unpaid balance of our Account from time to time. However, we may reduce your Available Credit temporarily or permanently at our discretion at any time, except as limited by law. If we do reduce your Available Credit, we will inform you of such as required by law. You agree that you will not at any time charge purchases to your Account if it would cause you to exceed your Credit Limit or Available Credit, or if your Account is already in excess of its Credit Limit or Available Credit, or if your Account is in default. We are never required to allow you to exceed your Credit Limit or Available Credit but, if we in any instance do allow you to exceed your Credit Limit or Available Credit, we will not be required to do so again in the future and you are always required to repay the full amount of your Account, including any amounts in excess of your Credit Limit or Available Credit.

**8. PREPAYMENT:** You may pay all of your Account balance at any time without penalty. If you do not pay the entire balance in full, you must make a minimum payment each period by the payment due date that appears on your billing statement.

**9. HOW WE DETERMINE YOUR BALANCE:** The total outstanding balance (the amount you owe us) appears as the "New Balance" on your billing statement. To determine the New Balance, we begin with the outstanding balance on your Account at the beginning of each billing cycle, called the "Previous Balance" on your billing statement. We add in any new purchases and other charges posted to your Account since the end of the previous billing cycle and subtract any payments and credits we received. We then add the appropriate Finance Charges and fees, and make other applicable adjustments.

**10. FINANCE CHARGES; NO GRACE PERIOD:** We will begin charging interest on each purchase on the transaction date. The "transaction date" is the date MDG ships your order to you. Interest will accrue on the transaction until it is paid in full. There is no period within which you may repay advances for purchases to avoid a Finance Charge. Finance Charges accumulate each day until the exact current payoff amount is received and posted to your Account. The exact current payoff as of any day is the aggregate of all unpaid purchases, plus all accrued and unpaid Finance Charges, plus other amounts due hereunder, if any.

**11. CALCULATION OF INTEREST CHARGES - AVERAGE DAILY BALANCE METHOD (INCLUDING CURRENT TRANSACTIONS):** We figure the interest charge on your Account by applying the periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the beginning balance of your Account each day, add any new purchases, and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." **This method of calculating the average daily balance results in charging interest on unpaid interest (also known as compounding) and fees.** Notwithstanding the above, we do not begin charging interest on your purchases until the day MDG ships your purchase to you (the transaction date). If a law that applies to your Account and which sets maximum interest rates, is finally interpreted by a court having jurisdiction so that the interest or other charges collected or to be collected in connection with this Agreement exceed the permitted limit, then: (a) the interest and/or other charges payable hereunder will be reduced by the amount necessary to reduce them to the permitted limit, and (b) any sums already collected that exceed the permitted limit will be refunded to you. We may choose to make this refund by reducing the principal you owe under this Agreement or by making a direct payment to you.

A minimum interest charge of $1.50 ($1.00 in Delaware and Washington; 70 cents in NY, and 50 cents in Iowa and Pennsylvania) is added to your Account in any billing cycle that your Account is subject to an interest charge, except in states where prohibited by law.

**12. PENALTY ANNUAL PERCENTAGE RATE:** If you fail to make a Minimum Payment by its due date on more than two (2) occasions in three (3) months, we will increase the ANNUAL PERCENTAGE RATE on your Account to the amount disclosed in the Truth in Lending Disclosure provided above. Our right to charge the Penalty APR applies in addition to our other remedies under this Agreement. The Penalty APR will apply until you make six consecutive minimum payments when due.

**13. LATE FEE:** If your payment is more than 10 days late, you will be charged a late fee equal to $25.00. The late fee is added to your Account balance, but interest is not charged on the late fee portion of your balance. We do not charge a late fee if your downpayment is late, but MDG may cancel your order as provided in your Order Summary if any required downpayment is late.

**14. RETURNED PAYMENT FEE:** If any check is returned nonpayable or insufficient funds by your bank, you agree to pay a Returned Check Fee in the amount of $25. If required by your state, you will receive a notice and right to cure, and no charges will be added if you cure within the time indicated on your notice. We are not required to present the check more than once to your bank for payment. This fee will be added to your Account balance, but interest will not be charged on the returned check fee portion of your balance.

Exhibit 2
Page 16

**15. BILLING STATEMENT:** We will mail or email you a statement for each period that you have any unpaid Account balance or during which any interest or other Finance Charges were imposed. We will mail or email that statement to you at the address or email address we have in our records at least 14 days before the next payment is due on your Account. This statement will show, among other things, all transactions on your Account for the period, late charges, insufficient check charges, previous balance, the balance on which Finance Charges are computed and how that balance was determined, your new balance, Finance Charges, the periodic rate and corresponding ANNUAL PERCENTAGE RATE used to compute your Finance Charges, payments received, credits, minimum payment due, and payment due date.

**16. ELECTRONIC FUND TRANSFER:** When you provide a check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your checking account or to process the transaction as a check. When we use your check to make an electronic fund transfer, funds may be withdrawn from your checking account as soon as the same day we receive your payment, and you may not receive your check back from your financial institution. If there are insufficient funds in your checking account you authorize us to charge a Returned Check Fee as indicated above.

**17. DEFAULT:** You are in "Default" if: (a) you fail to make a required payment when due on two occasions in any 12 month period; or (b) you fail to observe or perform any of the other covenants or duties contained in this Agreement. If you fail to cure within the time allowed in your notice or within 30 days if you live in a state with no notice requirement, we will accelerate your balance and the full Account balance will be immediately due and payable by you. Iowa residents will receive a Notice of Right to Cure.

**18. ADDITIONAL REMEDIES:** Without limiting any other provision of this agreement, if you are in Default we may do one or more of the following at any time(s) chosen by us, in our sole discretion: (a) we may commence proceedings to collect amounts that you owe to us; and/or (b) we may exercise any other rights or remedies we may have at law, in equity, or under this Agreement. To the extent allowed by law, you agree to pay our reasonable costs and legal expenses that that we may incur to recover any amounts you may owe us. We may accept payments after maturity or after a Default without waiving our rights with respect to any subsequent default in payment. Subject to applicable law, our rights and remedies under this Agreement are cumulative and not alternative and may be enforced either successfully or concurrently.

**19. YOUR OBLIGATIONS TO PROVIDE ADDITIONAL INFORMATION:** At any time while your Account is open, we may require that you provide to us, and you agree to provide, updated financial and/or other information concerning you, including, without limitation, recent bank statements or tax information.

**20. CREDIT VERIFICATION AND CONSUMER REPORTS:** You authorize us to obtain credit and employment information about you by any means and at various times. We may obtain credit and employment information by any means, including obtaining information from check or credit-reporting agencies and/or from other sources. You also agree that we may obtain consumer reports (credit reports) for any reason on any of you from time to time in the future when updating, renewing, or extending your Account. We may do so at the time you open your Account, at any time while your Account is open, or after your Account is closed, if you owe us any amount related to your Account. Depending on your individual circumstances, it is possible that your credit score will be impacted when we access your credit file. Upon your request, we will tell you whether we obtained a consumer report (credit report) and the name and address of any consumer-reporting agency that provided such reports.

**21. FURNISHING INFORMATION TO CONSUMER-REPORTING AGENCIES:** WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT REPORTING AGENCIES. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT. If you believe that we have furnished any inaccurate information relating to your Account to any consumer-reporting agency, you may notify us by phone by contacting our Servicer at 1-800-906-0975 or by mail at 3422 Old Capitol Trail, # 1993, Wilmington, DE 19808. To help us respond to your notification, include your Account number, Social Security Number, the name of the consumer-reporting agency reflecting the inaccurate information, and an explanation of why you believe the information is inaccurate. You understand that you may also contact the consumer-reporting agency directly at: Equifax P.O. Box 740241, Atlanta, GA 30374-0241, 1-800-685-1111; Experian, P.O. Box 2104, Allen, TX 75013-0949, 1-888-397-3742; or TransUnion Consumer Solutions, P.O Box 2000, Chester, PA 19022-2000, 1-800-916-8800. **California and Utah residents: As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.**

**22. ACCOUNT ADJUSTMENTS:** We may make adjustments to your Account from time to time to reflect corrections or changes to your balance. Adjustments might occur, for example, if payments are posted for the wrong amount, or to the wrong account, or if items are returned unpaid. In the event of an error that has caused your account to be incorrect, you agree to pay the necessary amount to correct the error.

**23. CHANGE IN TERMS:** We may change the terms of this Agreement, as permitted by law, at any time. Any changes in the rates and other terms may apply both to new purchases and to the outstanding balance on your Account, except as limited by law. You will be notified of changes in accordance with applicable state and federal law.

Exhibit 2

Page 17

**24. ACCOUNT CANCELLATION:** We may cancel your Account at any time for any reason subject to the requirements of

applicable law. Outstanding balances continue to accrue Finance Charges until paid in full, and remain subject to all terms and conditions of this Agreement. You may cancel your Account by writing to MDG (as the servicer of your Account with us) us at

MDG USA, Inc., 3422 Old Capitol Trail, # 1993, Wilmington, DE 19808. Your notice is effective on receipt. If you cancel your Account, you are still responsible for all amounts owed pursuant to the terms of this Agreement and you must pay everything you owe as required by the Agreement, including any amounts not yet billed to you.

**25. OPTIONAL PURCHASES:** You have the option to purchase ProtectLine Account Protection ("ProtectLine") and you might be offered the chance to purchase other optional products or services in the future. Your purchase of ProtectLine or any other optional product or service is not required to obtain or maintain your Account. If you purchase ProtectLine, when a covered event occurs ProtectLine will suspend the accrual of interest and fees on your account balance during the period of ProtectLine coverage, and your minimum monthly payment will be reduced during that period. After the ProtectLine coverage ends, your minimum payment obligation will return to the standard requirement and interest and fees will then begin to accrue on your outstanding balance. See your ProtectLine Account Protection Terms for details of coverage and costs.

**26. TELEPHONE MONITORING, RECORDING AND CALLS:** We treat every customer call confidentially. To assure that you receive the best possible customer service, and that our employees are complying with our policies and all applicable laws, your calls with us or our Servicer may be monitored and/or recorded. You agree that you have an established business relationship with us, that all of our contacts with you are not unsolicited, and that we may contact you from time to time regarding your Account (including for collections purposes) and products and services that we believe may be of interest to you. You further agree that all of our contacts with you (including through our Servicer) may be made with an automated dialing and announcing or similar device and/or an artificial voice or prerecorded message to the extent permitted by law. You authorize us, our affiliates, agents, and others calling at their request or on their behalf to contact you at any number (i) you have provided to us, (ii) from which you have called us, or (iii) which we obtain and believe we can reach you at. We may contact you in any way, such as calling, texting, using an automated dialer or using pre-recorded messages. We may contact you on mobile, wireless, or similar device, even if you are charged for it by your provider.

**27. ASSIGNMENT:** This Agreement is not effective until your application has been approved by us. We have the right to assign any or all of our rights under this Agreement to any assignee of our choosing. You may not assign this Agreement or any rights under this Agreement and any attempt to make such an assignment will be null and void. This Agreement legally binds the parties and their respective heirs, representatives, executors, administrators, successors and assigns.

**28. SEVERABILITY:** If any provision of this Agreement is deemed void or unenforceable under any law, rule, or regulation, all other provisions remain in effect and enforceable.

**29. NON-WAIVER:** We do not lose any of our rights under this Agreement if we delay taking action for any reasons.

**30. REPRESENTATION:** You swear that all the information you supplied on your credit application and all the information on each revolving credit sales slip is and will be true, correct, and accurate. Any false, incorrect, or misleading information your knowingly supply is a deliberate misrepresentation.

**31. NO FURTHER TRANSACTIONS IF ACCOUNT IS CLOSED:** If either you or we close your Account you may not make further purchases using your Account. However, you will remain responsible and must pay for all credit owed to us (extended to you or arising from use of your Account prior to or subsequent to cancellation).

**32. MILITARY ANNUAL PERCENTAGE RATE DISCLOSURE:** Federal law provides important protections to active duty members of the armed forces, and their dependents relating to extensions of consume credit. In general, the costs of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36 percent. This rate includes, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). To hear this same disclosure, please call 1-800-906-0975 ext 352, and mention Military Lending.

**33. FORCE MAJEURE:** Unless otherwise required by applicable law, we are not responsible and will not incur liability to you for any failure, error, malfunction or any delay in carrying out obligations under this Agreement if such failure, error or delay results from causes that are beyond our reasonable control (including, but not limited to inclement weather, fire, flood, acts of war or terrorism, and earthquakes).

**34. ARBITRATION OF DISPUTES:** RESOLUTION OF DISPUTES: I HAVE READ THIS PROVISION CAREFULLY AND UNDERSTAND THAT IT LIMITS MY RIGHTS IN THE EVENT OF A DISPUTE BETWEEN YOU AND ME. I UNDERSTAND THAT I HAVE THE RIGHT TO REJECT THIS PROVISION AS PROVIDED IN PARAGRAPH (b) BELOW. If you are a "Covered Borrower" as defined by the Military Lending Act (32 CFR §232, as amended from time to time) at the time of entering into this Agreement, this section 34 Arbitration is not applicable, you do not need to opt out of or take any action to ensure inapplicability.

Exhibit D
Page 18

a.   Either party to this Agreement, or any subsequent holder, may, at its sole election, require that the sole and exclusive forum and remedy for resolution of a Claim be final and binding arbitration pursuant to this section 34 (the "Arbitration Provision"), unless you opt out as provided in section 34 (b) below. As used in this Arbitration Provision, "Claim" shall include any past, present, or future claim, dispute, or controversy involving you (or persons claiming through or connected with you), on the one hand, and us and/or any subsequent holder (or persons claiming through or connected with us and/or the subsequent holders), on the other hand, relating to or arising out of this Agreement, any Loan Agreement and Promissory Note(s), the Site, and/or the activities or relationships that involve, lead to, or result from any of the foregoing, including (except to the extent provided otherwise in the last sentence of section 34 (f) below) the validity or enforceability of this Arbitration Provision, any part thereof, or the entire Agreement. Claims are subject to arbitration regardless of whether they arise from contract; tort (intentional or otherwise); a consitution, statute, common law, or principles of equity; or otherwise. Claims include matters arising as initial claims, counter-claims, cross-claims, third-party claims, or otherwise. The scope of this Arbitration Provision. is to be given the broadest possible interpretation that is enforceable.

b.   You may opt out of this Arbitration Provision for all purposes by sending an arbitration opt out notice to our Servicer, at MDG USA Inc., 3422 Old Capitol Trail, PMB# 1993, Wilmington, DE 19808, Attention: Legal Department, **which is received at the specified address within 30 days of the date of your electronic acceptance of the terms of this Agreement.** The opt out notice must clearly state that you are rejecting arbitration; identify the Agreement to which it applies by date; provide your name, address, and social security number; and be signed by you. You may send an opt out notice in any manner you see fit as long as it is received at the specified address within the specified time. No other methods can be used to opt out of this Arbitration Provision. If the opt out notice is sent on your behalf by a third party, such third party must include evidence of his or her authority to submit the opt out notice on your behalf.

c.   The party initiating arbitration shall do so with the American Arbitration Association (the "AAA") or Judicial Alternatives and Mediation Services ("JAMS"). The arbitration shall be conducted according to, and the location of the arbitration shall be determined in accordance with, the rules and policies of the administrator selected, except to the extent the rules conflict with this Arbitration Provision or any countervailing law. If you have any questions concerning the AAA or would like to obtain a copy of the AAA arbitration rules, you may call 1(800) 778-7879 or visit the AAA's web site at: www.adr.org. <http://www.adr.org/> If you have any questions concerning JAMS or would like to obtain a copy of the JAMS arbitration rules, you may call 1(800) 352-5267 or visit their web site at: www.jamsadr.com. <http://www.jamsadr.com/> In the case of a conflict between the rules and policies of the administrator and this Arbitration Provision, this Arbitration Provision shall control, subject to countervailing law, unless all parties to the arbitration consent to have the rules and policies of the administrator apply.

d.   If we (or the subsequent holder) elect arbitration, we (or the subsequent holder, as the case may be) shall pay all the administrator's filing costs and administrative fees (other than hearing fees). If you elect arbitration, filing costs and administrative fees (other than hearing fees) shall be paid in accordance with the rules of the administrator selected, or in accordance with countervailing law if contrary to the administrator's rules. We (or the subsequent holder, as the case may be) shall pay the administrator's hearing fees for one full day of arbitration hearings. Fees for hearings that exceed one day will be paid by the party requesting the hearing, unless the administrator's rules or applicable law require otherwise, or you request that we (or the subsequent holder) pay them and we agree (or the subsequent holder agrees) to do so. Each party shall bear the expense of its own attorneys' fees, except as otherwise provided by law. If a statute gives you the right to recover any of these fees, these

e.   Within 30 days of a final award by the arbitrator, any party may appeal the award for reconsideration by a three-arbitrator panel selected according to the rules of the arbitrator administrator. In the event of such an appeal, any opposing party may cross-appeal within 30 days after notice of the appeal. The panel will reconsider de novo all aspects of the initial award that are appealed. Costs and conduct of any appeal shall be governed by this Arbitration Provision and the administrator's rules, in the same way as the initial arbitration proceeding. Any award by the individual arbitrator that is not subject to appeal, and any panel award on appeal, shall be final and binding, except for any appeal right under the Federal Arbitration Act ("FAA"), and may be entered as a judgment in any court of competent jurisdiction.

f.   We agree not to invoke our right to arbitrate an individual Claim you may bring in Small Claims Court or an equivalent court, if any, so long as the Claim is pending only in that court. NO ARBITRATION SHALL PROCEED ON A CLASS, REPRESENTATIVE, OR COLLECTIVE BASIS (INCLUDING AS PRIVATE ATTORNEY GENERAL ON BEHALF OF OTHERS), EVEN IF THE CLAIM OR CLAIMS THAT ARE THE SUBJECT OF THE ARBITRATION HAD PREVIOUSLY BEEN ASSERTED (OR COULD HAVE BEEN ASSERTED) IN A COURT AS CLASS REPRESENTATIVE, OR COLLECTIVE ACTIONS IN A COURT. Unless consented to in writing by all parties to the arbitration, no party to the arbitration may join, consolidate, or otherwise bring claims for or on behalf of two or more individuals or unrelated corporate entities in the same arbitration unless those persons are parties to a single transaction. Unless consented to in writing by all parties to the arbitration, an award in arbitration shall determine the rights and obligations of the named parties only, and only with respect to the claims in arbitration, and shall not (a) determine the rights, obligations, or interests of anyone other than a named party, or resolve any Claim of anyone other than a named party; nor (b) make an award for the benefit of, or against, anyone other than a named party. No administrator or arbitrator shall have the power or authority to waive, modify, or fail to enforce this section 34(f), and any attempt to do so, whether by rule, policy, arbitration decision or otherwise, shall be invalid and unenforceable. Any challenge to the validity of this section 34(f) shall be determined exclusively by a court and not by the administrator or any arbitrator.

Exhibit 2
Page 19
Page 9 of 12

g.    This Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by and enforceable under the FAA. The arbitrator will apply substantive law consistent with the FAA and applicable statutes of limitations. The arbitrator may award damages or other types of relief permitted by applicable substantive law, subject to the limitations set forth in this Arbitration Provision. The arbitrator will not be bound by judicial rules of procedure and evidence that would apply in a court. The arbitrator shall take steps to reasonably protect confidential information.

h.    This Arbitration Provision shall survive (i) suspension, termination, revocation, closure, or amendments to this Agreement; (ii) the bankruptcy or insolvency of any party or other person; and (iii) any transfer of any loan or Loan Agreement or Promissory Note(s) or any other promissory note(s) which you owe, or any amounts owed on such loans or notes, to any other person or entity. If any portion of this Arbitration Provision other than section 34(f) is deemed invalid or unenforceable, the remaining portions of this Arbitration Provision shall nevertheless remain valid and in force. If an arbitration is brought on a class, representative, or collective basis, and the limitations on such proceedings in section 34 (f) are finally adjudicated pursuant to the last sentence of section 34(f) to be unenforceable, then no arbitration shall be had. In no event shall any invalidation be deemed to authorize an arbitrator to determine Claims or make awards beyond those authorized in this Arbitration Provision.

THE PARTIES ACKNOWLEDGE THAT THEY HAVE A RIGHT TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT IF ANY PARTY ELECTS ARBITRATION PURSUANT TO THIS ARBITRATION PROVISION. THE PARTIES HEREBY KNOWINGLY AND VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY ANY PARTY.

35.    **SECURITY AGREEMENT:** You grant us a purchase money security interest under the Uniform Commercial Code in each household good purchased on your Account to the full extent permitted by law. For New York, we will take a security interest only for products purchased with a purchase price of at least $200. If Borrower is in default, we shall have the right to exercise, at our option, any and all rights and remedies available at law and/or in equity.

**Arizona residents -** You must give us notice of your claim or defense in writing by certified mail within 90 days of receiving any goods or you may waive the right to set-offs or defense against assignee if assignee provides you a notice of your rights and you fail to exercise those rights pursuant to the terms of the notice. **Anuncio: Residentes de Arizona pueden pedir que los declaraciones iniciales ordenados en el Truth in Lending Act (15 United States Code §§ 1601 through 1666j) sean traducidos en español antes de firmar cualquier formulario de préstamo.**

**All Accounts, including New York/Rhode Island/Vermont Residents:** You agree to give us permission to access your credit report in connection with any transaction, or extension of credit, and on an ongoing basis, for the purpose of reviewing your Account, adjusting the credit limit on your Account, taking collection action on your Account, or for any other legitimate purposes associated with your Account. Alimony, child support or separate maintenance payments need not be revealed if you do not want us to consider it in determining your creditworthiness. Upon your request, you will be informed of whether or not a consumer credit report was ordered, and if it was, you will be given the name and address of the consumer reporting agency that furnished the report. New York residents may contact the New York State Banking Department: 1-800-518-8866.

**Connecticut Residents:** Damages may be imposed if a check is dishonored. Connecticut General Statutes § 52-565a authorizes our collection of damages for dishonored checks; criminal penalties may also apply.

**Maryland Residents:** Maryland law requires that if you send us a written request about the status of your Account and we do not answer that request within 60 days after we receive it, you are not required to pay a finance charge for that 60 day period or until we answer.

**Missouri Residents:** If you prepay your Account in full, you may be entitled to a refund of certain interest under Mo. Rev. Stat. § 408.170.

**New Hampshire Residents:** Reasonable attorney's fees will be awarded to you if you prevail in (a) any action, suit or proceeding brought by us, or (b) any action brought by you. If you successfully assert a partial defense or set-off, recoupment or counterclaim to an action brought by us, the court may withhold from us the entire amount or such portion of the attorney fees as the court considers equitable.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Married Wisconsin Residents:** No provision of any marital property agreement, any unilateral statement, or court decree under Wisconsin's Marital Property Act adversely affects the interest of a creditor unless, prior to the time credit is granted, the creditor is furnished a copy of that agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. We may require that you pay the entire amount that you have outstanding if you do not pay amounts that come

Exhibit 2
Page 20

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT TO THIS AGREEMENT OR WITH THE PROCEEDS FROM IT.   DEBTOR'S RECOVERY UNDER THIS AGREEMENT MAY NOT EXCEED THE AMOUNT OF CREDIT OUTSTANDING.

Note to all Buyers:  Finance Charges will be made in amounts or at rates not in excess of those permitted by law. You have the right to pay in advance the full amount due.

NOTICE TO ALL BUYERS:  1) DO NOT SIGN THIS BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES.  2) YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT AT THE TIME YOU SIGN IT.  3)  YOU HAVE THE RIGHT TO PAY IN ADVANCE THE FULL AMOUNT DUE, AND IN DOING SO YOU MAY RECEIVE A FULL REBATE OF ANY UNEARNED FINANCE AND INSURANCE CHARGES. 4) KEEP THIS AGREEMENT TO PROTECT YOUR LEGAL RIGHTS

| TYISHA DANZY | 03/17/2018   4:04:00PM | *Tyisha Danzy* |
|---|---|---|
| **Client Name** | **Date** | **Signed** |

E-Signed by TYISHA DANZY on March 17, 2018 from IP address: 107.77.214.173

PLEASE LIST TWO REFERENCES THAT CURRENTLY DO NOT LIVE WITH YOU: REDACTED

| NAME | RELATION | PHONE NUMBER |
|---|---|---|
| 1. | | |
| 2. | | |

Exhibit 2
Page 21

**Your Billing Rights: Keep this Notice for Future Use**

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

*What To Do If You Find a Mistake On Your Statement*

If you think there is an error on your statement, write to our Account servicer at:

MDG USA, Inc.
3422 Old Capitol Trail, # 1993
Wilmington, DE  19808

In your letter, give us the following information:

- *Account information:* Your name and account number.

- *Dollar amount:* The dollar amount of the suspected error.

- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.

- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors *in writing*.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

*What Will Happen After We Receive Your Letter*

When we receive your letter, we must do two things:

1.  Within 30 days of receiving your letter, we must tell you that we received your letter.  We will also tell you if we have already corrected the error.
2.  Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply your unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

- *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *ten days* telling us that you still refuse to pay.  If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill.  And, we must tell you the name of anyone we reported you to.  We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

Exhibit 2
Page 22

Exhibit 3

 **USA Inc.**

TYISHA DANZY

**ID #:** REDACTED

2022-01-25

Dear TYISHA,

Thank you for your order!

Since you are an **existing** MDG customer, your Terms & Conditions as outlined on your most recent financing contract are still valid for this order.

All you have to do now is sign this new Order Summary and let us know if any information on file has changed, including, but not limited to, your references, banking information, contact address and/or phone number(s).

You may fax us at **1-855-802-8129** or email your sales representative @ **sales@mdg.ca**.

Sincerely,

MDG USA Inc. Inside Sales Specialist

# ORDER SUMMARY

YOUR ORDER AND SHIPPING DETAILS:

| QTY | ITEM | | PRICE |
|-----|------|---|-------|
| 1 | **Samsung 65" TU7000 UHD 4K Smart TV & PS5 Disc Gaming Console** | $ | **1,899.00** |
| 1 | Shipping and Handling | $ | **0.00** |
| 1 | Scheduled Delivery | $ | **49.00** |
| | **TOTAL SALE AMOUNT:** | $ | **1,948.00** |

**See Next Page for Remainder of Order Summary...**

Exhibit 3
Page 23

If you purchased an Extended Protection Plan you may view the Terms & Conditions @ http://www.mdg.com/Content/Terms/MDGExtendedProtectionPlan.pdf

Print Date: 2022-01-25 11:50 AM US-Order-Summary-Returning-01-28-21     9,892    5,681    6,141    9,147    9,358    Page 1 of 4


**MDG** USA Inc.

# ORDER SUMMARY
YOUR ORDER AND SHIPPING DETAILS:

| | |
|---|---|
| **MDG USA Inc.** | **Customer Information**  REDACTED |
| 2940 Bristol Circle | Account Number: |
| Oakville, ON L6H 6G4 | Order:  **5170860 - 5 -** |
| (Tax ID: 98-1475057) | Customer Name:  TYISHA DANZY |
| Phone: 1-800-906-0975 | Billing Address: |
| Email: finance@mdg.com | |
| Date:2022-01-25 | |
| | Telephone: |
| | Email: |
| | Ship to Address:    Same |

This Order Summary reflects your purchase from MDG USA, Inc., the amount of your purchase that you have financed with your Revolving Credit Account with Capital Community Bank (CCBank), and your required payment amounts to CCBank

## PURCHASE INFORMATION

| | | |
|---|---|---|
| **SALE AMOUNT** | $ | 1,948.00 |
| **SALES TAX**  - (*CALIFORNIA*): | $ | 180.19 |
| **CA E-WASTE FEE** | $ | 6.00 |
| **TOTAL PURCHASE PRICE** | $ | 2,134.19 |
| **REQUIRED DOWN PAYMENT** | $ | 58.84 |
| **BALANCE OUTSTANDING ON FINANCED PURCHASE** | $ | 2,075.35 |
| **BIWEEKLY PAYMENT AMOUNT** | $ | 47.73 |

**Note:** MDG may provide the manufacturer's warranty if unavailable from the manufacturer in your country. Please contact MDG with any support or warranty realted issues.

| | | |
|---|---|---|
| TYISHA DANZY | 01/25/2022 11:51 AM | *Tyisha Danzy* |
| *Client Name* | *Date* | *Signed* |

*E-Signed by TYISHA DANZY on 01/25/2022 11:51 AM from IP address: 2600:1700:697d:ac30:f4bd:acd3:996e:2678*

User Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 15_0_2 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.0 Mobile/15E148 Safari/604.1

Exhibit 3
Page 24

## Consumer Privacy Notice

### MDG USA Inc.

Rev. 08/20

| FACTS | WHAT DOES MDG USA Inc. DO WITH YOUR PERSONAL INFORMATION? |
|---|---|

| | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|
| | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>■ Social Security number and income<br>■ account balances and payment history<br>■ credit history and credit scores<br><br>When you close your account, we continue to share information about you according to our policies. |
| | All financial companies need to share customers' personal information to run their everyday business – to process transactions, maintain customer accounts, and report to credit bureaus. In the section below, we list the reasons financial companies can share their customers' personal information, the reasons MDG USA Inc. chooses to share, and whether you can limit this sharing. |

| Reasons we can share your personal information | Does MDG USA Inc. share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes –** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | Yes |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

| | Call toll-free 1-800-906-0975<br>**Please note:** If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice, when your order is submitted for verification or your application for financing has been submitted, which ever date is earliest. When you are *no longer* our customer, we can continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| | Call     1-800-906-0975<br>**OR**<br>Email us at support@mdg.com |

Exhibit 3
Page 25

If you purchased an Extended Protection Plan you may view the Terms & Conditions @ http://www.mdg.com/Content/Terms/MDGExtendedProtectionPlan.pdf

Print Date: 2022-01-25 11:50 AM US-Order-Summary-Returning-01-28-21     9,892     5,681     6,141     9,147     9,358     Page 3 of 4

**Page 2**

| | |
|---|---|
| **Who is providing this notice?** | MDG USA Inc. |

| | |
|---|---|
| **How does MDG USA Inc. protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law.  These measures include computer safeguards and secured files and buildings. |
| **How does MDG USA Inc. collect my personal information?** | We collect your personal information, for example, when you:<br>■ open an account or apply for financing<br>■ give us your contact information or pay us by check<br>■ give us your income information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br>■ sharing for affiliates' everyday business purposes - information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ *Our affiliates include financial and nonfinancial related companies, such as order fulfillment, account servicing, inventory, warehouse fulfillment, and other service companies including those companies owned by the MDG Group of companies.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial or nonfinancial companies.<br><br>■ *Nonaffiliates we share with can include direct marketing companies and service providers.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>■ *Our joint marketing partners include strategic financial institutions* |

| |
|---|
| You may have other privacy protections under state law.  We will comply with applicable laws with regard to the disclosure of your personal information. |

Exhibit 3
Page 26

If you purchased an Extended Protection Plan you may view the Terms & Conditions @ http://www.mdg.com/Content/Terms/MDGExtendedProtectionPlan.pdf

Print Date: 2022-01-25 11:50 AM US-Order-Summary-Returning-01-28-21    9,892    5,681    6,141    9,147    9,358    Page 4 of 4

## Superior Court of California, County of Alameda
## Alternative Dispute Resolution (ADR) Information Packet

The person who files a civil lawsuit (plaintiff) must include the ADR Information Packet with the complaint when serving the defendant. Cross complainants must serve the ADR Information Packet on any new parties named to the action.

The Court *strongly encourages* the parties to use some form of ADR before proceeding to trial.  You may choose ADR by:

- Indicating your preference on Case Management Form CM-110;

- Filing the Stipulation to ADR and Delay Initial Case Management Conference for 90 Days (a local form included with the information packet); or

- Agree to ADR at your Initial Case Management Conference.

**QUESTIONS?**  Call (510) 891-6055. Email adrprogram@alameda.courts.ca.gov
Or visit the court's website at http://www.alameda.courts.ca.gov/adr

### What Are The Advantages Of Using ADR?

- *Faster* –Litigation can take years to complete but ADR usually takes weeks or months.

- *Cheaper* – Parties can save on attorneys' fees and litigation costs.

- *More control and flexibility* – Parties choose the ADR process appropriate for their case.

- *Cooperative and less stressful* – In mediation, parties cooperate to find a mutually agreeable resolution.

- *Preserve Relationships* – A mediator can help you effectively communicate your interests and point of view to the other side. This is an important benefit when you want to preserve a relationship.

### What Is The Disadvantage Of Using ADR?

- *You may go to court anyway* – If you cannot resolve your dispute using ADR, you may still have to spend time and money resolving your lawsuit through the courts.

### What ADR Options Are Available?

- *Mediation* – A neutral person (mediator) helps the parties communicate, clarify facts, identify legal issues, explore settlement options, and agree on a solution that is acceptable to all sides.

  o **Court Mediation Program**:  Mediators do not charge fees for the first two hours of mediation.  If parties need more time, they must pay the mediator's regular fees.

Some mediators ask for a deposit before mediation starts which is subject to a refund for unused time.

- o **Private Mediation**: This is mediation where the parties pay the mediator's regular fees and may choose a mediator outside the court's panel.

- *Arbitration* – A neutral person (arbitrator) hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial and the rules of evidence are often relaxed. Arbitration is effective when the parties want someone other than themselves to decide the outcome.

- o **Judicial Arbitration Program** (non-binding): The judge can refer a case or the parties can agree to use judicial arbitration. The parties select an arbitrator from a list provided by the court. If the parties cannot agree on an arbitrator, one will be assigned by the court. There is no fee for the arbitrator. The arbitrator must send the decision (award of the arbitrator) to the court. The parties have the right to reject the award and proceed to trial.

- o **Private Arbitration** (binding and non-binding) occurs when parties involved in a dispute either agree or are contractually obligated. This option takes place outside of the courts and is normally binding meaning the arbitrator's decision is final.

## Mediation Service Programs In Alameda County

Low cost mediation services are available through non-profit community organizations. Trained volunteer mediators provide these services. Contact the following organizations for more information:

### SEEDS Community Resolution Center
2530 San Pablo Avenue, Suite A, Berkeley, CA 94702-1612
Telephone: (510) 548-2377     Website: www.seedscrc.org
Their mission is to provide mediation, facilitation, training and education programs in our diverse communities – **S**ervices that **E**ncourage **E**ffective **D**ialogue and **S**olution-making.

### Center for Community Dispute Settlement
291 McLeod Street, Livermore, CA 94550
Telephone: (925) 373-1035     Website: www.trivalleymediation.com
CCDS provides services in the Tri-Valley area for all of Alameda County.

*For Victim/Offender Restorative Justice Services*
**Catholic Charities of the East Bay: Oakland**
433 Jefferson Street, Oakland, CA 94607
Telephone: (510) 768-3100     Website: www.cceb.org
Mediation sessions involve the youth, victim, and family members work toward a mutually agreeable restitution agreement.

**ALA ADR-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |

TELEPHONE NO.:                    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| | |
|---|---|
| **STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS** | CASE NUMBER: |

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

This stipulation is effective when:

- All parties have signed and filed this stipulation with the Case Management Conference Statement at least 15 days before the initial case management conference.
- A copy of this stipulation has been received by the ADR Program Administrator, 24405 Amador Street, Hayward, CA 94544 or Fax to (510) 267-5727.

1. Date complaint filed: _____. An **Initial Case Management Conference** is scheduled for:

   Date:                    Time:                    Department:

2. Counsel and all parties certify they have met and conferred and have selected the following ADR process (check one):

   ☐ Court mediation        ☐ Judicial arbitration

   ☐ Private mediation      ☐ Private arbitration

3. All parties agree to complete ADR within 90 days and certify that:

   a. No party to the case has requested a complex civil litigation determination hearing;
   b. All parties have been served and intend to submit to the jurisdiction of the court;
   c. All parties have agreed to a specific plan for sufficient discovery to make the ADR process meaningful;
   d. Copies of this stipulation and self-addressed stamped envelopes are provided for returning endorsed filed stamped copies to counsel and all parties;
   e. Case management statements are submitted with this stipulation;
   f. All parties will attend ADR conferences; and,
   g. The court will not allow more than 90 days to complete ADR.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____         ▶ _____
        (TYPE OR PRINT NAME)                              (SIGNATURE OF PLAINTIFF)

Date:

_____         ▶ _____

Page 1 of 2

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA ADR-001 [New January 1, 2010]

**STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS**

Cal. Rules of Court,
rule 3.221(a)(4)

(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

**ALA ADR-001**

| | CASE NUMBER.: |
|---|---|
| PLAINTIFF/PETITIONER: | |
| DEFENDANT/RESPONDENT: | |

Date:

_____        ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF DEFENDANT)

Date:

_____        ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY FOR DEFENDANT)

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA ADR-001 [New January 1, 2010]

**STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR)
AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS**

Cal. Rules of Court,
rule 3.221(a)(4)