1  ANDREW C. GLASS, *pro hac vice*
   andrew.glass@klgates.com
2  GREGORY N. BLASE, *pro hac vice*
   gregory.blase@klgates.com
3  K&L GATES LLP
   State Street Financial Center
4  One Lincoln Street
   Boston, MA 02111
5  Telephone: (617) 261-3100

6  JEREMY M. McLAUGHLIN (SBN 258644)
   jeremy.mclaughlin@klgates.com
7  JONATHAN THEONUGRAHA (SBN 306812)
   jonathan.theonugraha@klgates.com
8  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
9  San Francisco, CA 94111
   Telephone: (415) 882-8200
10 Facsimile: (415) 882-8220

11 Attorneys for Defendant
   MDG USA INC.
12
   JAMES T. HANNINK (131747)
13 jhannink@sdlaw.com
   ZACH P. DOSTART (255071)
14 zdostart@sdlaw.com
   DOSTART HANNINK LLP
15 4225 Executive Square, Suite 600
   La Jolla, California 92037-1484
16 Tel: (858) 623-4200
   Fax: (858) 623-4299
17
   Attorneys for Plaintiff
18 TYISHA DANZY

19                    **UNITED STATES DISTRICT COURT**

20                    **NORTHERN DISTRICT OF CALIFORNIA**

21                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| TYISHA DANZY, individually and on behalf of all others similarly situated, | Case No. 4:22-CV-01923-WHO |
| Plaintiffs, | **STIPULATED REQUEST FOR ORDER CONTINUING HEARING DATE AND CASE MANAGEMENT CONFERENCE; ORDER** |
| vs. | |
| MDG USA Inc., a Delaware corporation; and DOES 1-50, inclusive, | |
| Defendants. | |
| | Complaint Filed: February 23, 2022<br>Trial Date: TBD |

Pursuant to Local Rules 6-1, 6-2, 7-7(b), and 7-12, plaintiff Tyisha Danzy and defendant MDG USA Inc., by and through their undersigned counsel, agree and stipulate as follows:

**WHEREAS**, on March 25, 2022, MDG removed this case from California state court.

**WHEREAS**, on April 13, 2022, the Court entered a case management conference order (Dkt. No. 22) scheduling the initial case management conference in this case for June 28, 2022, at 2:00 p.m. before the Honorable William H. Orrick via Zoom Webinar.

**WHEREAS**, on April 22, 2022, Plaintiff filed a Motion to Remand.

**WHEREAS**, on May 6, 2022, MDG filed a Motion for Judgment on the Pleadings.

**WHEREAS**, the Court has scheduled a hearing on the pending motions for June 15, 2022, at 2:00 p.m.

**WHEREAS**, the parties have recently engaged in discussions regarding potential resolution of this matter.

**WHEREAS**, the parties agree that a brief continuance of the case management conference and the hearing on the pending motions would facilitate further discussion by the parties. The parties further believe that it would save judicial resources to conduct the motion hearing and the case management conference on the same date.

**WHEREAS**, the parties agree to stipulate to continuing the hearing on the pending motions and the case management conference to **July 20, 2022 at 2:00 p.m.**, or such later date and time at the Court's convenience.

**WHEREAS**, the parties have not previously stipulated to or requested any extensions of time with respect to the initial Case Management Conference or the hearing on Plaintiff's Motion to Remand and MDG's Motion for Judgment on the Pleadings.

**IT IS HEREBY STIPULATED** that the initial Case Management Conference and the hearing on plaintiff's motion to remand and MDG's motion for judgment on the pleadings be re-set to **July 20, 2022 at 2:00 p.m.**, , or such later date and time at the Court's convenience.

///

///

///

Case No. 3:22-cv-01923-WHO       1
**STIPULATED REQUEST FOR ORDER CONTINUING
HEARING DATE AND CASE MANAGEMENT CONFERENCE**

**K&L GATES LLP**

Dated:  June 8, 2022                              By:  */s/ Jonathan Theonugraha*
                                                         ANDREW C. GLASS
                                                         GREGORY N. BLASE
                                                         JEREMY M. McLAUGHLIN
                                                         JONATHAN THEONUGRAHA

                                                         Attorneys for Defendant
                                                         MDG USA INC.

Dated:  June 8, 2022                              **DOSTART HANNINK & COVENEY LLP**

                                                     By:  */s/ Zach P. Dostart*
                                                         JAMES T. HANNINK
                                                         ZACH P. DOSTART

                                                         Attorneys for Plaintiff
                                                         TYISHA DANZY

## **FILER'S SIGNATURE ATTESTATION PURSUANT TO CIVIL LOCAL RULE**

I, Jonathan Theonugraha, attest that concurrence in the filing of this document has been obtained from the other signatories.  All signatories listed, on whose behalf this filing is submitted, concur in its content and authorize its filing.

**K&L GATES LLP**

Dated:  June 8, 2022                              By:  */s/ Jonathan Theonugraha*
                                                         JONATHAN THEONUGRAHA

**ORDER**

Pursuant to the foregoing stipulation, and for good cause showing, **IT IS HEREBY ORDERED** that:

1.) The hearing on plaintiff's motion to remand and MDG's motion for judgment on the pleadings currently scheduled for June 15, 2022 at 2:00 p.m. is vacated and re-set to **July 20, 2022 at 2:00 p.m.**

2.) The initial case management conference currently scheduled for June 28, 2022 at 2:00 p.m. is vacated and re-set to **July 20, 2022 at 2:00 p.m**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 13, 2022

**HON. WILLIAM H. ORRICK**
United States District Judge